Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KARI L. LARSON,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>QUILLAYUTE VALLEY SCHOOL DISTRICT No. 402, BRIAN WEEKES, and his marital community,<br><br>　　　　　　　Defendants. | No. 3:24-cv-05716-BHS<br><br>STIPULATED MOTION AND PROPOSED ORDER TO SET NEW CASE SCHEDULE<br><br>Noted for consideration: 2/11/2025 |

## I. STIPULATION

For good cause shown and pursuant to FRCP 16(b)(4) and LCR 16(b)(6), the parties respectfully and jointly move the Court for entry of an order setting a new case schedule to continue the deadline for filing an amended pleading.

For good cause shown, and with the Court's consent, the Court may modify the deadlines in the scheduling order. FRCP 16(b)(4); LCR 16(b)(6). The "good cause" standard primarily considers the diligence in the party seeking the amendment: the district court may

STIPULATED MOTION TO CONTINUE DEADLINE FOR AMENDING PLEADINGS - 1

ANYAN LEGAL SERVICES, LLC
21833 36th Ave NW
Stanwood, Washington 98292
TEL. 714.227.3205
rachel@anyanlegalservices.com

modify the pretrial schedule if it cannot reasonably be met despite the diligence of the parties seeking the extension. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (citing FRCP 16 advisory committee's notes (1983 amendment)). Although the existence or degree of prejudice to the opposing party might supply additional considerations for a motion to modify, the focus remains on the moving party's reasons for seeking modification. *Johnson*, 975 F.2d at 609.

Counsel for the parties have been working cooperatively in this case, have conferred, and agree that good cause exists to grant the relief requested, as set forth below:

1. On January 29, 2025, Plaintiff's counsel filed a Motion to Amend Complaint to add state law claims after the requisite period of time had passed from serving Defendant Quillayute Valley School District with a Tort Claim Form pursuant to RCW 4.92.100. (Dkt. # 13). The motion was inadvertently noted for February 14, 2025, which would have given sufficient time for Plaintiff's counsel to file the amended pleading prior to the current deadline of February 18, 2025.

2. On January 30, 2025, the Court correctly re-noted Plaintiff's motion for February 19, 2025, the day after the deadline outlined in the current Case Schedule.

3. After realizing Plaintiff's miscalculation in noting the Motion to Amend Complaint, Plaintiff's counsel contacted defense counsel to secure this stipulation to continue the deadline to amend the complaint by 10 days to allow Plaintiff sufficient time to file the amended complaint pending the Court's ruling on Plaintiff's motion for leave to amend.

4. Fed. Civ. R. Pro. 15(a)(2) requires courts to "freely give leave when justice so requires." Given that Plaintiff missed the deadline for amended pleadings by one day, and then quickly moved to correct the mistake by securing this stipulation, good cause exists for extending the deadline by 10 days to allow for the additional time to add the state law claims.

STIPULATED MOTION TO
CONTINUE DEADLINE FOR
AMENDING PLEADINGS - 2

ANYAN LEGAL SERVICES, LLC
21833 36th Ave NW
Stanwood, Washington 98292
TEL. 714.227.3205
rachel@anyanlegalservices.com

Given the above-referenced facts, the parties stipulate that good cause exists to set a new case schedule in this matter to allow Plaintiff an additional 10 days to file an amended pleading. The parties now jointly move the Court for an order to that effect.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

A new case schedule shall be set as follows:[1]

| Event | Date |
|---|---|
| Deadline for filing motion to join parties | February 6, 2025 |
| Deadline for amending pleadings | February 28, 2025 |
| Disclosure of expert testimony under FRCP 26(a)(2) | July 28, 2025 |
| All motions related to discovery must be filed by | September 8, 2025 |
| Discovery completed by | September 22, 2025 |
| All dispositive motions must be filed by | November 5, 2025 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | December 29, 2025 |
| Agreed pretrial order filed with the Court by | January 12, 2026 |
| Pretrial Conference will be held at 2:30 PM on | January 20, 2026 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case, and deposition designations due by | January 13, 2026 |
| Five Day Jury Trial set for 9:00 AM | February 3, 2026 |

////

////

////

////

////

///

---

[1] The following dates are proposed, subject to the Court's availability.

STIPULATED MOTION TO
CONTINUE DEADLINE FOR
AMENDING PLEADINGS - 3

ANYAN LEGAL SERVICES, LLC
21833 36th Ave NW
Stanwood, Washington  98292
TEL. 714.227.3205
rachel@anyanlegalservices.com

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD

DATED this 11th day of February, 2025.

By: */s/ Daniel C. Gallagher*
Daniel C. Gallagher, WSBA #21940
10611 Battle Point Drive NE
Bainbridge Island, WA 98110-1493
206.855.9310
Email:  dan@nwprolaw.com

By: */s/ Rachel L. Anyan*
Rachel L. Anyan, WSBA #55252
21833 36th Ave NW
Stanwood, WA 98292
714.227.3205
Email: rachel@anyanlegalservices.com
*Attorneys for Plaintiff*

By: */s/ Anna M. Shumar*
Duncan K. Fobes, WSBA #14964
Anna M. Shumar, WSBA #62814
1000 Second Ave., 30th Floor
Seattle, WA 98104
206.462.6700
Email:  dkf@pattersonbuchanan.com
Email: ams@pattersonbuchanan.com
*Attorney for Defendant Quillayute Valley School District No. 402*

By: */s/ Lucy R. Clifthorne*
Lucy R. Clifthorne, WSBA #27287
Heidi M. Maynard, WSBA #47241
1201 Pacific Ave, Ste 1900
Tacoma, WA 98402
253.383.3791
Email:  lclifthorne@vjglaw.com
hmaynard@vjglaw.com
*Attorneys for Defendant Weekes*

## II.  PROPOSED ORDER

THIS MATTER having come on regularly for hearing upon the stipulation of the parties above contained, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED that the following case schedule shall be set:

| Event | Date |
|---|---|
| Deadline for filing motion to join parties | February 6, 2025 |
| Deadline for amending pleadings | February 28, 2025 |
| Disclosure of expert testimony under FRCP 26(a)(2) | July 28, 2025 |
| All motions related to discovery must be filed by | September 8, 2025 |
| Discovery completed by | September 22, 2025 |

STIPULATED MOTION TO
CONTINUE DEADLINE FOR
AMENDING PLEADINGS - 4

ANYAN LEGAL SERVICES, LLC
21833 36th Ave NW
Stanwood, Washington  98292
TEL. 714.227.3205
rachel@anyanlegalservices.com

| | |
|---|---|
| All dispositive motions must be filed by | November 5, 2025 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | December 29, 2025 |
| Agreed pretrial order filed with the Court by | January 12, 2026 |
| Pretrial Conference will be held at 2:30 PM on | January 20, 2026 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case, and deposition designations due by | January 13, 2026 |
| Five Day Jury Trial set for 9:00 AM | February 3, 2026 |

ENTERED this 11th day of February, 2025.

_____
THE HONORABLE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

By: /s/ Daniel C. Gallagher
Daniel C. Gallagher, WSBA #21940
10611 Battle Point Drive NE
Bainbridge Island, WA 98110-1493
206.855.9310
Email: dan@nwprolaw.com

By: /s/ Rachel L. Anyan
Rachel L. Anyan, WSBA #55252
21833 36th Ave NW
Stanwood, WA 98292
714.227.3205
Email: rachel@anyanlegalservices.com
*Attorneys for Plaintiff*

By: /s/ Anna M. Shumar
Duncan K. Fobes, WSBA #14964
Anna M. Shumar, WSBA #62814
1000 Second Ave., 30th Floor
Seattle, WA 98104
206.462.6700
Email: dkf@pattersonbuchanan.com
Email: ams@pattersonbuchanan.com
*Attorney for Defendant Quillayute Valley School District No. 402*

By: /s/ Lucy R. Clifthorne
Lucy R. Clifthorne, WSBA #27287
Heidi M. Maynard, WSBA #47241
1201 Pacific Ave, Ste 1900
Tacoma, WA 98402
253.383.3791
Email: lclifthorne@vjglaw.com
hmaynard@vjglaw.com
*Attorneys for Defendant Weekes*

STIPULATED MOTION TO
CONTINUE DEADLINE FOR
AMENDING PLEADINGS - 5

ANYAN LEGAL SERVICES, LLC
21833 36th Ave NW
Stanwood, Washington 98292
TEL. 714.227.3205
rachel@anyanlegalservices.com