UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KARI L. LARSON, )
)
Plaintiff, )
)
vs. ) No. 3:24-cv-05716-BHS
)
QUILLAYUTE VALLEY SCHOOL )
DISTRICT, BRIAN WEEKES, AND )
KYLE WEAKLEY, )
)
Defendants. )

DEPOSITION OF PAMELA GALE
Taken in behalf of the Plaintiff
June 24, 2025
***TAKEN VIA ZOOM VIDEOCONFERENCE***

Reported by Jacqueline Lee Butler
RPR, CSR, CCR





BE IT REMEMBERED That, pursuant to the Federal Rules of Civil Procedure, the deposition of PAMELA GALE was taken in behalf of the Plaintiff, before Jacqueline Lee Butler, Registered Professional Reporter, Oregon Certified Shorthand Reporter, and Washington Certified Court Reporter, on Tuesday, the 24th day of June, 2025, commencing at the hour of 9:00 a.m., the proceedings being reported and all parties appearing via Zoom conference.

APPEARANCES

For Plaintiff:

Daniel Charles Gallagher
Gallagher Law Office P.S.
10611 Battle Point Drive NE
Bainbridge Island, WA 98110-1493
(206) 855-9310
dan@nwprolaw.com

Rachel Lynn Anyan
Anyan Legal Services LLC
21833 36th Avenue NW
Stanwood, WA 98292
(714) 227-3205
rachel@anyanlegalservices.com





APPEARANCES (Continued)

For Defendant Quillayute Valley/Weakley:

Anna M. Shumar
Duncan K. Fobes
Patterson Buchanan Fobes & Leitch, Inc., P.S.
1000 Second Avenue, 30th Floor
Seattle, WA 98104
(206) 462-6700
ams@pattersonbuchanan.com
dkf@pattersonbuchanan.com

For Defendant Weekes:
Lucy R. Clifthorne
Grace Cowan
Vandeberg Johnson Gandara PS
1201 Pacific Avenue, Suite 1900
Tacoma, WA 98402-4315
(253) 383-3791
lclifthorne@vjglaw.com
gcowan@vjglaw.com

Also Present: Brian Weekes

* * * * *





EXAMINATION INDEX

Examination by Ms. Shumar Page 5

EXHIBIT INDEX

| Number | Description | Page |
|---|---|---|
| 1 | P. Gale's Statement (8.14.24); QVSD_3236 | 47 |
| 2 | Email from B. Weekes (4.20.22); QVSD_3237 | 68 |

INSTRUCTIONS NOT TO ANSWER:
(NONE)

REQUESTS FOR PRODUCTION:
(NONE)

* * * * *

myself because somehow I was not able to stop him from hurting Kari.

Q Did Kari ever tell you not to report things that she told you about Mr. Weekes?

A No, no.

Q And since Ms. Larson's lawsuit was filed, can you describe the questions you've had with Ms. Larson -- about it?

A Besides the fact that she just filed it -- and even the filing of it shocked me because -- again, we leave state track; we come to Forks; she talks to her parents, and before I even know it, that -- the file -- they have filed. They have filed, and they are going to go forward with this.

So that was all with her parents. It really wasn't with me. So, no, we don't -- we really, honestly don't talk directly about Kari and Weekes. I just had to tell Kari -- and I truly believe -- again, she wasn't going to say anything. I'm holding her as she's bawling, and I tell her she's not the only one, and I believe that with all my heart. There are other kids that have been touched by Mr. Weekes and maybe even unbeknownst to them that it's not even proper or it's way over the boundary. Way over the boundary lines. But these young ladies, for some reason, don't







understand that, and maybe because they know they -- I don't know. I don't know why. I don't know why. I don't know why.

Q So you saw other students touched by Mr. Weekes?

A Yes.

Q And you state you don't know why they don't understand that it's a boundary invasion?

A Because what happened. Okay. So if you have -- if you're massaging a girl, which I don't massage athletes. I -- we had -- for instance, we have a girl on the high jump pit. And these are seventh and eighth graders, by the way. I don't coach middle school. Mr. Weekes coaches middle school. I coach high school. There is a different -- definitely we would love for our two programs to come together because, once you get to high school, everything they know there is better for us when we get to high school. So I don't always pay attention to Mr. Weekes.

But when we have girls on the high jump pit and were massaging them from their thigh up to their butt and his hand is under their shorts, then yes. I go to the District and say "Over the line." You know?

When he has a girl in my weight room, and I don't know he's in there -- and he had no right to be in







the high school at all. He's got a girl in the weight room. I go to close up the school. He's in there with her. And, again, I didn't see anything. It was dark. I know Mr. Poole saw both him and the girl. So he comes out of there; and I, again, get ahold of the school and say "You need to pull that tape because it will show you that Mr. Weekes goes over the line all the time with these girls," and why they don't get it, I don't understand. As a child or --

And I'm an athlete. When I was an athlete, no way. No way. My mom and dad -- there's -- well, I would have said something to my parents. I don't understand any of that. I don't get it. When somebody has actually touched you too close to where everything else is, it shouldn't happen that way.

So, again, I can't explain why the girls were okay with some of this stuff, but I did turn it in to the school because it's not right.

Q So you first mentioned seeing Mr. Weekes massaging a girl on a high jump pit, and you said that you saw him have his hand under her shorts. Is that correct?

A That is correct.

Q And --

A There are other people on our track -- oh, I'm







sorry. I'm sorry.

Q Did you report that at that time that you saw it?

A I did.

Q What day was that?

A See, now, when it comes to the dates of life, it only comes to up to dates because Kari has a suit, you know. So, in life, did I mark that date down? I know I went to Kyle. At that time I went to Kyle by myself; so it would have been -- I'm going to say 2018. So it's so many years ago that this started. 2018 and 2019 were the most active days I have ever seen Mr. Weekes be out of line.

Now, Mr. Weekes and I have been coaching together for a long time. Do we get along a lot? Not all the time. But we are professional, and we do track meets together. We do all kinds of things together. I'm not even sure Mr. Weekes knew I turned him in because, again, when I -- when I go to the School District the first few times, I'm alone. The School District -- I don't take -- I don't have Kari or Poole. It's just me as the head coach, and I tell them my worries about Mr. Weekes. Then nothing is done.

So when I actually see him in the weight room, I know there's film; so I don't have to be just by

myself because I have film and I have Robin Poole because he's also with me when Mr. Weekes is in the weight room.

So we turn that in; and, again, I go to Kyle. We turn it in. He's going to bring the film up for us. I go back. He pulls the film. The film is not the right time, and I told Kyle that. I told him the exact time because, on that date, which was very clear to me -- it was my granddaughter's birthday -- we had a party at the school for her.

So on April 16th, 2019, approximately 4:41, he was in that gym -- or in that weight room with [redacted] M[redacted], and I know that because why? I walked down to the gym. All those things stick in my head because of the -- what happened when I saw the weight room, and it was my granddaughter's birthday, and we were celebrating together as a team. So my little one -- I'm sorry. My little granddaughter lives with me. So at that point, she's, like -- I don't know -- four. It's her fourth birthday. So she's on the track every day. So we're celebrating her. And that's why that date is just -- I mean, I'll never forget that, and I did turn that in.

And, again, the film is gone. There's nothing I can do about that, and Mr. Weekes is still in his position of coaching.





Had the School District went back years ago, Mr. Weekes should have never been coaching. I'm sorry. That's my opinion too. But if you look back at the backtrack of his records of kids, the easiest thing the District could have done is just not let him coach. Just not let him coach. But they never did that. They allowed him to continue to coach no matter what problem was. No matter what problems.

So, I mean, I didn't go back --

Q So April -- sorry. Go ahead.

A I'm sorry. Go ahead.

Q So April 16th 2019, was your granddaughter's birthday, and that was the date that you recalled seeing Mr. Weekes massaging a girl in the weight room?

A You know, honestly, what I saw was -- okay. We're in a mat room. They're actually right next to each other. If you look out the mat room window, you can see the weight room window, and it's dark in there, and that's weird too because I'm pretty sure those lights turn on automatically. I'm pretty sure they turn on automatically, but it's dark. But the thing I do, as we're leaving -- so I close everything up, and I look at the weight room; and, of course, I grab the door because I have to make sure it's locked. Well, Mr. Poole is there right with me. He's right at the window.





As I open up the door, up pops Mr. Weekes and the student, and I'm, like, "Hey, we got to go. What are you guys doing in here?" And I don't say much because I've already watched Mr. Weekes enough times that I just want him to get out of the room with our girl that he shouldn't be with because she's high school, not middle school, and I immediately go to the school the next morning. I immediately went to the school the next morning to tell Kyle to pull that tape. I wanted the tape.

Q So Mr. Weekes was in the weight room alone with [redacted] M[redacted]. Is that correct?

A That is correct.

Q And [redacted] M[redacted] is a high school track student. Is that right?

A That is correct. I believe she's a junior that year. In 2019, she's a junior.

Q Okay. The other incident that you mentioned was in 2018 out on the high jump mat, and do you recall a month or date that that took place?

A I just know in that -- in 2018 -- in 2018 there was several occasions on the track which, again, made me report -- so there's the high jump incident and then even out front -- even out -- in fact -- okay.

So out front of our stad- -- well, on the turf





football field, all the kids stretch out there on good weather. And even out there -- we have a boy in our stands, and he also is a Mr. Weekes's kid, and he actually yells at him, "Hey, Weekes, why don't you massage us like that?" because he's got the young lady in a weird predicament, and he's massaging her. And, again, when that is screamed -- not only can I hear that -- my husband is there in the stands -- he can hear that. There was -- there was somebody else there in the stands at the same time.

And so in 2018 and some of 2019, Mr. Weekes found himself in some pretty weird predicaments with girls that were also noticed by more than just me.

Q Okay. So --

A And, again -- go ahead.

Q So just to clarify, there was the 2018 incident on the high jump mat and also a separate incident where a student yelled from the stands to Mr. Weekes?

A Yes. There were several incidents. Like I said, there was several incidents that happened that year because the one time I go to Kyle and tell him that this stuff is going on, he actually tells Mr. Weekes "no more massaging." So, for a short period of time -- and to this day I don't believe Mr. Weekes knew it was me

turning him in. If he did know it was me, he was very good at not acknowledging that I was the person turning him in.

So in a little tiny town like this, you would have thought --

But, anyway, so I turn it in, and Kyle says, "No more massaging." And so Mr. Weekes actually stops doing this for a while. But it wasn't long, and I had Weekes look me right in the face and say, "I am going to take care of these kids the way I know," and he didn't care. He just didn't care. And I said -- and I actually said to Brian, "Brian, we are not doctors. We shouldn't be massaging these kids," and he's fine with what he does. And I'm like, "Whatever." Like I said, two different programs. He's in the middle school, and I'm in the high school, and I'm not going to touch my kids. And I told Brian that. "I'm not going to massage my kids, Brian. I'm not. I'm not going to put myself in that predicament ever. I'm not a doctor." So -- and yeah. Yeah.

Mr. Weekes, I'm sorry.

Okay. Go ahead.

Q Okay. So you just mentioned there were several incidents where Mr. Weekes was massaging or stretching students, and you've gone over three





potential incidents. Can you describe any others that you recall?

A As far as him touching them?

Q Yes.

A Every day -- this is horrible, but every -- if -- like I said, I can't watch Mr. Weekes every day. I have my own team to watch. So when it was time to massage these kids or whatever he thinks he's going to do when it's time to stretch, there was always, like, this little massage regimen going on, and I don't know why. I don't know why. That's why the -- this -- several times I saw him over the line.

And, in fact, Robin Poole -- Mr. Poole, my assistant coach -- he even came to me one day and said, "Okay. Enough is enough. We have to say something," because he sees Mr. Weekes actually going over the line of stuff. So there was more than three times that we have told the school. And, like I said, the big one being the one with the camera. Like, if the camera is pulled, this whole thing stops. It just stops. Kari doesn't get hurt. Nobody gets hurt. It just stops. Just pull the damn camera. I'm sorry. I'm sorry. I'm sorry.

Q And you mentioned that Mr. Poole also suggested reporting Mr. Weekes. When did he say that?





A It would have been in 2019.

My husband's phone is going off. I'm sorry.

It would have been 2019.

Q Do you recall a month or a date?

A Our spring season, and I'm sorry I don't have a month or date. I don't. Like I said, had I known that I was going to be called into a -- you know, if I could foresee the future, I would have documented everything along the way, but I had no idea that it would come to this.

Q And going back to that incident that you reported in the weight room, what time approximately -- what time approximately did that occur?

A I'm pretty sure the stamp on that clock was 4:41 because, again, I knew -- because I had been watching Weekes and finally he has done something so dumb that I have it on recording and I can time date it, and I did. I go to Kyle, and I tell him exactly the time that he's in that room and exactly the time that you can pull that film. But it's obsolete because it's gone; so Kyle doesn't give me the film that I need.

Q Did Mr. Weekes -- sorry. Did Mr. Weakley ever show you any film?

A When me and Mr. Poole went together and did that complaint, and when we were called back in to see





the film, yes, we saw the -- but what we saw was Mr. Weekes -- I believe we got to see just the very beginning of them maybe walking into the weight room, but then that's it. It's pulled. "I told you the exact time, Kyle. You needed to go to at least to the 4:40 mark," and he said we would see it; and, again, we leave, and I'm never -- I never get back and never get to see the film.

Q So Mr. Weakley showed you film with the incorrect time?

A Correct. Yes. He had the wrong date -- or not the wrong date, the wrong time. He did not roll the film far enough, and I had told him the exact time because, the minute I see that happening, I look at my time. We are timed. It's track. We do time. I looked at it because I knew I needed the time of that tape. I needed the time of that tape. But I didn't get it. Kyle did not pull it at the right time.

Q And were you ever interviewed by anyone else regarding this report that you made?

A No. I actually -- the only -- Kyle -- because you have to go through -- this is the sick part of all of this.

You have to go -- as a coach, I go to Kyle because he's the athletic director; and then, to get to

anybody else, you have to go through Kyle and then the superintendent. And, actually, at one time, I am going to go to Diana Reaume, and I do because I'm tired and nobody is listening. And I go to Diana Reaume, and she -- as soon as I start to talk, she says to me, "Is this about athletics?" I said, "It is." She said, "You have to go back to Kyle." So they send me back to the command -- through the command of -- whatever their chain of command, and she sends me back to Kyle. So I didn't get anywhere with Diana.

But later in their investigation -- because I was called in just this last year for investigating. No, it was last year. Oh, my gosh, it's been -- yeah, it was last year. So the investigator brings me in, and he -- he basically does the same thing, you know, like --

Oh, shoot. I got ahead of myself.

Q You can continue.

A Okay. I'm just thinking of it. So -- so when Diana -- actually, when the investigator comes and talks to me from the School District, I told Diana that. "I came to you, Diana. I came to you to tell you everything I knew, and you sent me back to Kyle." And she actually apologizes to me. And not that it does any good today, but she apologized. And she actually says





to me, "If you have anything" -- because I'm still a coach. I'm still coaching here. I've been coaching for 29 seasons. And she says, "If that ever comes about, Pam, please come to me." Well, it doesn't do you any good when she tells me now, and I went to her before, and she doesn't take me -- again, another mistake of our District. She needed to listen to me. They needed to listen to me.

Q And you mentioned you were interviewed by the District's investigator, and that would be Rick Kaiser. Is that correct?

A That's correct.

MR. GALLAGHER: Can I interrupt briefly? Can we take a five-minute break?

MS. SHUMAR: Sure.

MR. GALLAGHER: Yeah. Thanks.

(A short break was taken.)

BY MS. SHUMAR: (Continuing)

Q So just before that break, I was asking you about Mr. Kaiser's investigation. And you said that you were interviewed by him for that investigation last year. Is that right?

A Yes. Yes. Several times. They brought me into the school, I think, three different times.

Q Okay. When were those three times? Can you





tell me the dates?

A No. I can't tell you the dates. I did not write them down. I'm sure they have them.

The first time I was called in, I met with Rick and Kyle, and their first question to me was "Who are you?" And I got to tell guys --

I'm sorry.

Anyway, Mr. Kaiser asked who -- about me, and I got to tell them about me.

And I guess you guys should know a little bit about me. I came to Forks in 1978, and I met my husband, and we raised our family here. And in the time of doing that, Kyle Weakley is a good friend of our son that we lost. So Corey and Kyle -- they graduate the same year. They wrestle all -- since they were five years old, through high school, together. So Kyle Weakley --

Kids. Hey.

BY MS. SHUMAR: (Continuing)

Q Sorry. Who is there with you, Ms. Gale?

A There's nobody inside. My granddaughter just ran through the kitchen. She has to get out of my home. She's got to go back out. I have a huge house. So I'm sorry.

Q Okay.





A Take the dogs.

I'm sorry. Sorry.

Anyways. So, like I said, Kyle -- well, they're best friends their whole life. So I know Kyle, and I let Mr. Kaiser know that me and Kyle -- I washed cars to send Kyle to Australia. I know Kyle Weakley. And like I told Kyle that day, "Why would I even be here, Kyle? You know better." I'm -- his mom and I are best friends. This is going to strain on anybody in this little stupid community because why -- I'm losing a best friend because Kyle -- his mother is his mother. You know what I mean?

Again, so I have lived here long enough to watch a million kids graduate and get through track, and Kyle Weakley is one of them. I considered him a son to me as he grew up through school. When he got his job in Forks, my husband had stuff to do with that because he's sitting on that School District board. He brings Kyle back to Forks.

So there's a lot of things that -- so when I'm in this meeting, and Kyle -- I have to look at Kyle and say, "Kyle, you know I wouldn't throw myself in this crap if I didn't have to. I have to be here to tell the truth." So Kyle and I hug. I'm bawling my eyes out because it's hurtful. It's hurtful what happened to

Kari, and I'm sick about it, and Kyle knows that.

So after that interview, guess what happens? I don't see Kyle anymore. I have to see Diana and this Rick Kaiser. So the next two meetings aren't with Kyle. They're with Diana and Rick, and they just basically -- whatever. Try to make it sound like I -- I don't even know why somebody would even try to make up a story about somebody else that would be so hurtful. They know that about me. And I'm sorry. They do. One thing -- I am not -- I'm not going to sit here and tell you lies. That's just not -- there's no point in that. I'm not getting anything out of this except for the simple fact -- the right for Kari to possibly mend herself to have the life that she deserves. That's why I'm here. Because that young lady, who is so smart, deserves -- deserves the right to walk away, possibly to go on to have a regular life because right now she can't. This is a young lady that never dated. She never dated. She saved herself for marriage. I know that about her. I know that.

So, again, these are the conversations I had with the School District. People that I watched get hired. I watched Diana Reaume get hired through my husband. You know what I mean? I know these people. These are not people I just kind of see. I see them all





the time, and -- anyway, I'm talking too much.

Q So I just wanted to go back to -- regarding the interviews that you had with Mr. Kaiser. So you mentioned Mr. Weakley sat in on one, and then you were interviewed by Mr. Kaiser with Ms. Reaume there?

A That's true.

Q Okay. And did you ever write a statement regarding what you had witnessed in relation to their investigation?

MR. GALLAGHER: Object to the form.

THE WITNESS: Yes.

BY MS. SHUMAR: (Continuing)

Q Did they ask you to write a statement?

A No.

Q Why did you choose to write a statement?

A In the second -- well, Mr. Kaiser has a way of making you feel like -- I don't know -- like, he's just not listening to me. So when I had to meet with them that last time, I think it was -- I think I met with Diana one time and after that time. But anyway, I met with Kaiser and Mrs. Reaume. And this time I just -- it was the third time. So I went in with a piece of paper, saying, "This is what I've been trying tell you."

So I wrote down exactly what I thought, and I handed them each one of the papers, and I had one of my





own, and we had a very simple, quick whatever interview with them, and they let me go because, again, I'm not going to change my story. I'm not here to waste your time or my time. I'm here to take care of Kari. You know? And to make sure this crap doesn't continue to go on.

Q So, Ms. Gale, I have a copy of this written statement. I'm going to share my screen now, if I may. And this statement -- this is Ms. Gale's statement that was produced by the District. The Bates number is 3236, and this would be Exhibit 1.

(Exhibit No. 1 marked.)

BY MS. SHUMAR: (Continuing)

Q Ms. Gale, can you see this statement?

A I can.

Q You can't?

A I can.

Q Oh, you can. Okay.

A Uh-huh.

Q And do you recognize this as the statement you wrote and gave to Mr. Kaiser?

A Yes.

Q And can you explain this statement?

A When I wrote this, like I said, after two times of being with the School District, I wrote this





because this was the same stuff they're asking me every time. So I just wanted to be clear about my words; so I wrote this, and this is exactly my words.

Q Okay. And here it says that "Mr. Weekes, on multiple occasions, has violated the boundaries of coach and athlete relations." And you mentioned him massaging eighth grade girls over the high jump pit and also the incident in the weight room. Are there other occasions that you are referring to in this statement?

A I referred to those two probably because they stick out the most. But there were several, like I said. But the one I know that I told Kyle about -- about the [redacted] kid yelling, "Mr. Weekes, why don't you massage us boys like that?" I know I told him that. Everybody in the stands heard this. Yeah. I don't know. So --

Q So did -- go ahead.

A And in another instance of Mr. Weekes, we have our relay team out running one day, and I didn't have to take care of this one because the girl actually takes care of it. He says something about her boobs. I was not at the corner. I did not get to hear what was going on, but by the time the girl explains to her father, Mr. Weekes is back in the office because [redacted] [redacted] is all over it. He's not going to let Mr. Weekes talk to

his girl or coach his girl; so -- so, again, there was that instance. And that was more recent because that would have been, like, 2023. That would have been right before Mr. Weekes had to go.

Q And what was the name of that student involved in that incident?

A A[redacted] G[redacted].

Q And so you mentioned -- C[redacted] G[redacted] is her father?

A Yes. And, again, a close tiny community. C[redacted] G[redacted] ran the meet. He went through our track program.

Q There is this instance also mentioned, which you have described a bit, about boys yelling to Mr. Weekes from the stands. And you recall if they were yelling that after seeing Mr. Weekes do anything?

A Yes. Because Mr. Weekes was massaging the girls right -- they usually did their stretches right out front of the stadium, on the field, and so all the girls are there, and the boys are in the stands. And C[redacted] -- K[redacted] C[redacted] yells, "Hey, Weekes, why don't you massage us like that?"

Q And are there any other occasions that you can recall that you referenced in this letter?

A I can't recall right now.





Q Okay. And can you recall how many conversations with Kyle Weakley you had about these reports you made?

A I had three. And then, on the fourth one, I got Robin Poole with me. And then Robin went with me from then on just because I felt I needed someone with me.

Q And why did you feel like you needed someone with you?

A Because nothing is happening and at least on -- even today -- well, even the weight room thing, no matter what happens here, Mr. Poole and I were there at the same time; so I feel that he's going to -- he's going to say exactly what I just said because he was there. You know what I mean? So it's like my -- yeah, two is better than one by far. It's not my word against Kyle's.

And that's the sad thing. Again, you have to remember, Kyle is my son, who is in heaven, best friend. They're friends. So I'm dealing with a lot of emotion right now, and it's hurtful. I would never intentionally hurt anyone. Not Kyle or Weekes. But in some way, I have been put here to tell the truth. So here I am. And I will do the best that I can.

Q Now, regarding Mr. Weekes and conversations





that you had with him, did you consider him to be a friend of yours?

A I never, ever thought him as an enemy of mine. So I'll say that. Are we friends? We are -- we are professional workers together, you know? Mr. Weekes and I didn't always see eye to eye. He yelled and screamed at me several times -- you know what I mean? -- for whatever reasons because I didn't coach like Weekes. A lot of our philosophies were not the same.

I subbed for Brian a lot because, again, he was a coach; so I would fill -- you know, in the fall, I would fill his spot. I loved actually taking his class.

But as far as being friends, we're not -- we weren't enemies. You know, we weren't enemies. If we're friends -- we have different religion. So, I mean, I'm Christian; he's Mormon. There's different things about us. But in the school setting, we were not enemies. We were very -- I would say we were kind to each other at school.

Q And you just said that he had yelled at you before, and was that related to coaching differences?

A Yes. Yes. Just -- well, not -- I shouldn't actually say "yell." But he -- I don't know -- girls. So I always tried to separate the girls. Like, my high school kids -- if you're going to be -- if you're going





to turn out for middle school, you're going to be coached by the high school.

So several times in our careers, Mr. Weekes would come across and coach some of the high school kids because we have a ton of kids and you can't get to all of them. But I would adamantly tell him no, no, no. And I would tell my girls, if you want Mr. Weekes -- if you want Mr. Weekes to coach you, that -- you know, then so be it. But -- but that isn't in your best interests for you to have him coach you because he's the middle school coach, and he needs to be with the middle school kids, and I would go that route with the girls.

So, inevitably, I always ended up coaching my own kids. Mr. Weekes was always there to be whatever -- he always wanted to help coach with us, but he had his own kids to coach. So I tried to make that separation right away. He's middle school. We're high school. I want my girls to be coached by me or Kari or Mr. Poole or whoever we had because I've had several -- I had several coaches in my 29 seasons, obviously.

Q And so you told girls that it was in their best interests to not be coached by Mr. Weekes. Is that right?

A I probably didn't say "in your best interests." I just said probably "in my best