**Rachel from Anyan Legal Services, LLC <rachel@anyanlegalservices.com>**

---

# Search terms to narrow QVSD responses to RFP 37 attached

4 messages

---

**Daniel Gallagher** <dan@nwprolaw.com> Mon, Oct 13, 2025 at 3:41 PM
To: "Duncan K. Fobes" <dkf@pattersonbuchanan.com>, "Anna M. Shumar" <ams@pattersonbuchanan.com>, "Rachel from Anyan Legal Services, LLC" <rachel@anyanlegalservices.com>

Hi Duncan and Anna,

Pursuant to our agreement at the hearing last Thursday, attached is document containing search terms which should reduce the number of documents created by your search for responsive QVSD documents to our RFP 37. Please let us know if there is anything else we can do to aid the district in compiling responsive documents.

Also, considering that we have not completed our review of the documents recently provided, the district should by now have produced all documents related to litigation and/or settlements involving harassment claims against the district our its employees/administrators. This should include the documents related to the Shetterly situation, which we understand included a claim and settlement. If you have not yet produced those documents please produce them immediately.

Judge Settle also ordered the district to pay our fees related to the withdrawn Motion for a Protective Order and our responsive Motion for Sanctions. We will send you an Excel document shortly with that information.

Sincerely,

Daniel Gallagher

Gallagher Law Office, P.S.
10611 Bainbridge Island, WA 98110
206-855-9310

---

**Duncan K. Fobes** <dkf@pattersonbuchanan.com> Mon, Oct 13, 2025 at 3:59 PM
To: "Daniel Gallagher" <dan@nwprolaw.com>, "Anna M. Shumar" <AMS@pattersonbuchanan.com>, "Rachel from Anyan Legal Services, LLC" <rachel@anyanlegalservices.com>

Thank you Dan,

I will talk with the tech people and get back to you.

Duncan

**Duncan K. Fobes,**

**Founding Principal**

**Patterson · Buchanan · Fobes & Leitch, Inc., P.S.**

✉ dkf@pattersonbuchanan.com

DIRECT 206.462.6704 | TOLL FREE 800.722.3815

---

**From:** Daniel Gallagher <dan@nwprolaw.com>
**Sent:** Monday, October 13, 2025 3:42 PM
**To:** Duncan K. Fobes <dkf@pattersonbuchanan.com>; Anna M. Shumar <AMS@pattersonbuchanan.com>; Rachel from Anyan Legal Services, LLC <rachel@anyanlegalservices.com>
**Subject:** Search terms to narrow QVSD responses to RFP 37 attached

Hi Duncan and Anna,

Pursuant to our agreement at the hearing last Thursday, attached is document containing search terms which should reduce the number of documents created by your search for responsive QVSD documents to our RFP 37. Please let us know if there is anything else we can do to aid the district in compiling responsive documents.

Also, considering that we have not completed our review of the documents recently provided, the district should by now have produced all documents related to litigation and/or settlements involving harassment claims against the district our its employees/administrators. This should include the documents related to the Shetterly situation, which we understand included a claim and settlement. If you have not yet produced those documents please produce them immediately.

Judge Settle also ordered the district to pay our fees related to the withdrawn Motion for a Protective Order and our responsive Motion for Sanctions. We will send you an Excel document shortly with that information.

Sincerely,

Daniel Gallagher

Gallagher Law Office, P.S.

10611 Bainbridge Island, WA 98110

206-855-9310

CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

---

**Anna M. Shumar** <AMS@pattersonbuchanan.com> Tue, Oct 14, 2025 at 10:11 AM
To: "Daniel Gallagher" <dan@nwprolaw.com>, "Rachel from Anyan Legal Services, LLC" <rachel@anyanlegalservices.com>
Cc: <dkf@pattersonbuchanan.com>

Good morning,

We are seeking clarification on your provided search terms. To confirm, would you like each individual search to be run and the names of students and parents to be inserted for each search? For the searches that say student name and parents name, is it just the name of the student and their parents (from the witness list and ROG 2) to be included? When you call for a search to be run with a staff person's name and a student's name, which staff member and student name should be inserted? Are you requesting the search be run with the name of each student listed in the redaction key or in your witness list and each staff member listed in your witness list or included in ROG 2? Can you also provide us with parent names for your former student witnesses so we can be sure we are performing the correct searches? Please clarify as soon as you can as we want to be sure we all have the same understanding before we have our tech run these searches.

Yes, we have provided the agreed documents for RFP No. 1 as part of our Third and Fourth Supplemental Productions sent on September 5 and 8.

Thank you,

Anna

**Anna M. Shumar** (she/her) | Attorney

DIRECT 206.462.6754 | TOLL FREE 800.722.3815

ams@pattersonbuchanan.com

SEATTLE
1000 Second Ave., 30th Floor

PORTLAND
1050 SW Sixth Ave., Ste 1100

Seattle, WA 98104
P: (206) 462-6700 |F: (206) 462-6701

Portland, OR 97204
P: (503) 200-5400 | F: (503) 200-5401

Patterson Buchanan Fobes & Leitch Inc. P.S.

---

**From:** Duncan K. Fobes <dkf@pattersonbuchanan.com>
**Sent:** Monday, October 13, 2025 3:59 PM
**To:** Daniel Gallagher <dan@nwprolaw.com>; Anna M. Shumar <AMS@pattersonbuchanan.com>; Rachel from Anyan Legal Services, LLC <rachel@anyanlegalservices.com>
**Subject:** RE: Search terms to narrow QVSD responses to RFP 37 attached

Thank you Dan,

I will talk with the tech people and get back to you.

Duncan

**Duncan K. Fobes,**

**Founding Principal**

**Patterson · Buchanan · Fobes & Leitch, Inc., P.S.**

✉ dkf@pattersonbuchanan.com

DIRECT 206.462.6704 | TOLL FREE 800.722.3815

---

**From:** Daniel Gallagher <dan@nwprolaw.com>
**Sent:** Monday, October 13, 2025 3:42 PM
**To:** Duncan K. Fobes <dkf@pattersonbuchanan.com>; Anna M. Shumar <AMS@pattersonbuchanan.com>; Rachel from Anyan Legal Services, LLC <rachel@anyanlegalservices.com>
**Subject:** Search terms to narrow QVSD responses to RFP 37 attached

Hi Duncan and Anna,

Pursuant to our agreement at the hearing last Thursday, attached is document containing search terms which should reduce the number of documents created by your search for responsive QVSD documents to our RFP 37. Please let us know if there is anything else we can do to aid the district in compiling responsive documents.

Also, considering that we have not completed our review of the documents recently provided, the district should by now have produced all documents related to litigation and/or settlements involving harassment claims against the district our its employees/administrators. This should include the documents related to the Shetterly situation, which we understand included a claim and settlement. If you have not yet produced those documents please produce them immediately.

Judge Settle also ordered the district to pay our fees related to the withdrawn Motion for a Protective Order and our responsive Motion for Sanctions. We will send you an Excel document shortly with that information.

Sincerely,

Daniel Gallagher

Gallagher Law Office, P.S.

10611 Bainbridge Island, WA 98110

206-855-9310

CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

---

**Rachel from Anyan Legal Services, LLC** <rachel@anyanlegalservices.com> Tue, Oct 14, 2025 at 10:32 AM
To: "Anna M. Shumar" <AMS@pattersonbuchanan.com>
Cc: <dan@nwprolaw.com>, <dkf@pattersonbuchanan.com>

Hi Anna:

Thank you for asking for clarification. Please see below responses to your questions:

To confirm, would you like each individual search to be run and the names of students and parents to be inserted for each search?

The following searches are to be run with students' and parents' names:

- (“complain*” AND (“sexual” OR “boundary” OR “touch” OR “harass*” OR “massage” OR “misconduct” OR “inappropriate”)) AND (“student name” OR “parents’ names”)

- (“investigat*” AND (“sexual” OR “boundary” OR “touch” OR “harass*” OR “massage” OR “misconduct” OR “inappropriate”)) AND (“student name” OR “parents’ names”)
- (“complain*” AND ((“policy” OR “procedure”) AND “3205”) AND (“student name” OR “parents’ names”)
- (“investigat*” AND (“policy” OR “procedure”) AND “3205”) AND (“student name” OR “parents’ names”)
- ((“complain*” OR “investigat*” OR “witness” OR “statement” OR “violat*”) AND (“student name” OR “parents’ names”)

We would like each individual search to be run with the student's name and that student's parent's name for each search. The students and parents we would like searched are identified at the bottom of the document to include all students and parents provided by QVSD in the key to the extent the full names were identified when the District produced the key. I realize the District was unable to identify the full names of all named individuals, but we are requesting the searches be run with those provided in the key. Also, the students and their parents identified and listed at the bottom of the document. We provided parents names known to Plaintiff, but the District is in possession of the information Plaintiff does not have, including the names of the remaining parents. Please run the search with the parents' names for students we do not already have.

For the searches that say student name and parents name, is it just the name of the student and their parents (from the witness list and ROG 2) to be included?
Please read above and refer to the bottom of the document where we identify which students, parents, and staff should be included in the searches.

When you call for a search to be run with a staff person’s name and a student’s name, which staff member and student name should be inserted?
These are the searches that should be run for students and staff members:

- (“complain*” AND ((“policy” OR “procedure”) AND “5011”) AND (“staff person’s name”)
- (“investigat*” AND (“policy” OR “procedure”) AND “5011”) AND (“staff person’s name”)
- (“complain*” AND ((“policy” OR “procedure”) AND “5023”) AND (“student name” OR “staff person’s name”)
- (“investigat*” AND (“policy” OR “procedure”) AND “5023”) AND (“student name” OR “staff person’s name”)
- ((“complain*” OR “investigat*” OR “witness” OR “statement” OR “violat*”) AND (“staff name”)

The searches that have "student name" OR "staff person's name" should be run with the information provided by the District in response to ROG 2. The summaries that include complaints involving student and staff indicate which names to use. Additionally, we request that the searches with only "staff person's name" be run with those same staff members without the student's name as well as the staff members identified on page 2 of the document with the keyword searches.

Are you requesting the search be run with the name of each student listed in the redaction key or in your witness list and each staff member listed in your witness list or included in ROG 2? Can you also provide us with parent names for your former student witnesses so we can be sure we are performing the correct searches?
See above. Let us know if you need further clarification.

Regards,

Rachel Anyan
Anyan Legal Services, LLC
714-227-3205
Rachel@anyanlegalservices.com
www.anyanlegalservices.com

Confidentiality Notice: This message is being sent by a legal services company. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, or you believe you received this communication in error, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you received this communication in error, please notify the sender immediately by email and delete all copies of the message.

On Oct 14 2025, at 10:11 am, Anna M. Shumar <AMS@pattersonbuchanan.com> wrote:

> Good morning,
>
> We are seeking clarification on your provided search terms. To confirm, would you like each individual search to be run and the names of students and parents to be inserted for each search? For the searches that say student name and parents name, is it just the name of the student and their parents (from the witness list and ROG 2) to be included? When you call for a search to be run with a staff person's name and a student's name, which staff member and student name should be inserted? Are you requesting the search be run with the name of each student listed in the redaction key or in your witness list and each staff member listed in your witness list or included in ROG 2? Can you also provide us with parent names for your former student witnesses so we can be sure we are performing the correct searches? Please clarify as soon as you can as we want to be sure we all have the same understanding before we have our tech run these searches.
>
> Yes, we have provided the agreed documents for RFP No. 1 as part of our Third and Fourth Supplemental Productions sent on September 5 and 8.
>
> Thank you,
>
> Anna
>
> **Anna M. Shumar** (she/her) | Attorney
>
> DIRECT 206.462.6754 | TOLL FREE 800.722.3815
>
> ams@pattersonbuchanan.com
>
> SEATTLE
> 1000 Second Ave., 30th Floor
> Seattle, WA 98104
> P: (206) 462-6700 |F: (206) 462-6701
>
> PORTLAND
> 1050 SW Sixth Ave., Ste 1100
> Portland, OR 97204
> P: (503) 200-5400 | F: (503) 200-5401
>
> Patterson Buchanan Fobes & Leitch Inc. P.S.

**From:** Duncan K. Fobes <dkf@pattersonbuchanan.com>
**Sent:** Monday, October 13, 2025 3:59 PM
**To:** Daniel Gallagher <dan@nwprolaw.com>; Anna M. Shumar <AMS@pattersonbuchanan.com>; Rachel from Anyan Legal Services, LLC <rachel@anyanlegalservices.com>
**Subject:** RE: Search terms to narrow QVSD responses to RFP 37 attached

Thank you Dan,

I will talk with the tech people and get back to you.

Duncan

**Duncan K. Fobes,**

**Founding Principal**

**Patterson · Buchanan · Fobes & Leitch, Inc., P.S.**

dkf@pattersonbuchanan.com

DIRECT 206.462.6704 | TOLL FREE 800.722.3815

---

**From:** Daniel Gallagher <dan@nwprolaw.com>
**Sent:** Monday, October 13, 2025 3:42 PM
**To:** Duncan K. Fobes <dkf@pattersonbuchanan.com>; Anna M. Shumar <AMS@pattersonbuchanan.com>; Rachel from Anyan Legal Services, LLC <rachel@anyanlegalservices.com>
**Subject:** Search terms to narrow QVSD responses to RFP 37 attached

Hi Duncan and Anna,

Pursuant to our agreement at the hearing last Thursday, attached is document containing search terms which should reduce the number of documents created by your search for responsive QVSD documents to our RFP 37. Please let us know if there is anything else we can do to aid the district in compiling responsive documents.

Also, considering that we have not completed our review of the documents recently provided, the district should by now have produced all documents related to litigation and/or settlements

involving harassment claims against the district our its employees/administrators. This should include the documents related to the Shetterly situation, which we understand included a claim and settlement. If you have not yet produced those documents please produce them immediately.

Judge Settle also ordered the district to pay our fees related to the withdrawn Motion for a Protective Order and our responsive Motion for Sanctions. We will send you an Excel document shortly with that information.

Sincerely,

Daniel Gallagher

Gallagher Law Office, P.S.

10611 Bainbridge Island, WA 98110

206-855-9310

CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.