**Rachel from Anyan Legal Services, LLC <rachel@anyanlegalservices.com>**

---

# Larson v. QVSD- RFP 37

8 messages

---

**Anna M. Shumar** <AMS@pattersonbuchanan.com> Thu, Oct 30, 2025 at 12:22 PM
To: "Daniel Gallagher" <dan@nwprolaw.com>, "Rachel from Anyan Legal Services, LLC" <rachel@anyanlegalservices.com>
Cc: <dkf@pattersonbuchanan.com>, <jrf@pattersonbuchanan.com>, <AMGC@pattersonbuchanan.com>

Good afternoon,

To update you regarding our production for RFP 37, the new search agreement has reduced the numbers of documents related to staff from 78,861 to 45,991. These numbers are for documents related to [redacted], [redacted], Kyle Weakley, Diana Reaume, and [redacted]. Please let us know if you will approve further narrowing for the documents related to these individuals.

Thank you,

Anna

**Anna M. Shumar** (she/her) | Attorney

DIRECT 206.462.6754 | TOLL FREE 800.722.3815

ams@pattersonbuchanan.com

SEATTLE
1000 Second Ave., 30th Floor
Seattle, WA 98104
P: (206) 462-6700 |F: (206) 462-6701

PORTLAND
1050 SW Sixth Ave., Ste 1100
Portland, OR 97204
P: (503) 200-5400 | F: (503) 200-5401

Patterson Buchanan
Fobes & Leitch Inc. P.S.

CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

---

**Rachel from Anyan Legal Services, LLC** <rachel@anyanlegalservices.com> Thu, Oct 30, 2025 at 12:24 PM
To: "Anna M. Shumar" <ams@pattersonbuchanan.com>

Cc: <dan@nwprolaw.com>, <dkf@pattersonbuchanan.com>, <jrf@pattersonbuchanan.com>, <amgc@pattersonbuchanan.com>

Hi Anna:

Since we haven't seen the hit counts on each of the words with the narrowed request or a sample of the documents being returned under the narrowed request, it is difficult for us to recommend further narrowing. Based on your review, can you make any recommendations to further narrowing?

Regards,

Rachel Anyan
Anyan Legal Services, LLC
714-227-3205
Rachel@anyanlegalservices.com
www.anyanlegalservices.com

Confidentiality Notice: This message is being sent by a legal services company. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, or you believe you received this communication in error, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you received this communication in error, please notify the sender immediately by email and delete all copies of the message.

On Thu, 30 Oct 2025 at 12:22 PM Anna wrote:

> Good afternoon,
>
> To update you regarding our production for RFP 37, the new search agreement has reduced the numbers of documents related to staff from 78,861 to 45,991. These numbers are for documents related to [redacted], [redacted], Kyle Weakley, Diana Reaume, and [redacted]. Please let us know if you will approve further narrowing for the documents related to these individuals.
>
> Thank you,
>
> Anna
>
> **Anna M. Shumar** (she/her) | Attorney
>
> DIRECT 206.462.6754 | TOLL FREE 800.722.3815
>
> ams@pattersonbuchanan.com
>
> SEATTLE
> 1000 Second Ave., 30th Floor
> Seattle, WA 98104
> P: (206) 462-6700 | F: (206) 462-6701
>
> PORTLAND
> 1050 SW Sixth Ave., Ste 1100
> Portland, OR 97204
> P: (503) 200-5400 | F: (503) 200-5401

Patterson Buchanan
Fobes & Leitch Inc. P.S.

CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

---

**Anna M. Shumar** <AMS@pattersonbuchanan.com> Thu, Oct 30, 2025 at 3:30 PM
To: "Rachel from Anyan Legal Services, LLC" <rachel@anyanlegalservices.com>
Cc: <dan@nwprolaw.com>, <dkf@pattersonbuchanan.com>, <jrf@pattersonbuchanan.com>, <AMGC@pattersonbuchanan.com>

Hi Rachel,

It is difficult for us to provide you with recommendations for narrowing because we are not sure what specifically you are looking for. We can send you a CSV with the emails of each staff member with abundant hits, if you would like to identify which emails or terms you want us to produce, or you can also use these CSV files as a sample, if you would then like to propose search terms to narrow the hits. Please let us know if either of these options work and if you are willing to review the CSV files.

Thank you,

Anna

**Anna M. Shumar** (she/her) | Attorney

DIRECT 206.462.6754 | TOLL FREE 800.722.3815

ams@pattersonbuchanan.com

SEATTLE
1000 Second Ave., 30th Floor
Seattle, WA 98104
P: (206) 462-6700 | F: (206) 462-6701

PORTLAND
1050 SW Sixth Ave., Ste 1100
Portland, OR 97204
P: (503) 200-5400 | F: (503) 200-5401

Patterson Buchanan
Fobes & Leitch Inc. P.S.

---

**From:** Rachel from Anyan Legal Services, LLC <rachel@anyanlegalservices.com>
**Sent:** Thursday, October 30, 2025 12:25 PM

**To:** Anna M. Shumar <AMS@pattersonbuchanan.com>
**Cc:** Daniel Gallagher <dan@nwprolaw.com>; Duncan K. Fobes <dkf@pattersonbuchanan.com>; Jennifer R. Friesen <jrf@pattersonbuchanan.com>; Anna M. Gonzalez Cervantes <AMGC@pattersonbuchanan.com>
**Subject:** Re: Larson v. QVSD- RFP 37

Hi Anna:

Since we haven't seen the hit counts on each of the words with the narrowed request or a sample of the documents being returned under the narrowed request, it is difficult for us to recommend further narrowing. Based on your review, can you make any recommendations to further narrowing?

Regards,

Rachel Anyan

Anyan Legal Services, LLC

714-227-3205

Rachel@anyanlegalservices.com

www.anyanlegalservices.com

Confidentiality Notice: This message is being sent by a legal services company. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, or you believe you received this communication in error, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you received this communication in error, please notify the sender immediately by email and delete all copies of the message.

On Thu, 30 Oct 2025 at 12:22 PM Anna wrote:

> Good afternoon,
>
> To update you regarding our production for RFP 37, the new search agreement has reduced the numbers of documents related to staff from 78,861 to 45,991. These numbers are for documents related to [redacted], [redacted], Kyle Weakley, Diana Reaume, and [redacted]. Please let us know if you will approve further narrowing for the documents related to these individuals.
>
> Thank you,
>
> Anna

**Anna M. Shumar** (she/her) | Attorney

DIRECT 206.462.6754 | TOLL FREE 800.722.3815

ams@pattersonbuchanan.com

SEATTLE
1000 Second Ave., 30th Floor
Seattle, WA 98104
P: (206) 462-6700 |F: (206) 462-6701

PORTLAND
1050 SW Sixth Ave., Ste 1100
Portland, OR 97204
P: (503) 200-5400 | F: (503) 200-5401

Patterson Buchanan
Fobes & Leitch Inc. P.S.

CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.
CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

---

**Rachel from Anyan Legal Services, LLC** <rachel@anyanlegalservices.com> Mon, Nov 3, 2025 at 10:39 AM
To: "Anna M. Shumar" <AMS@pattersonbuchanan.com>
Cc: <dan@nwprolaw.com>, <dkf@pattersonbuchanan.com>, <jrf@pattersonbuchanan.com>, <AMGC@pattersonbuchanan.com>

Thanks, Anna. Yes, please send over the CSV for our review.

Regards,

Rachel Anyan
Anyan Legal Services, LLC
714-227-3205
Rachel@anyanlegalservices.com
www.anyanlegalservices.com

Confidentiality Notice: This message is being sent by a legal services company. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, or you believe you received this communication in error, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you received this communication in error, please notify the sender immediately by email and delete all copies of the message.

On Oct 30 2025, at 3:30 pm, Anna M. Shumar <AMS@pattersonbuchanan.com> wrote:

Hi Rachel,

It is difficult for us to provide you with recommendations for narrowing because we are not sure what specifically you are looking for. We can send you a CSV with the emails of each staff member with abundant hits, if you would like to identify which emails or terms you want us to produce, or you can also use these CSV files as a sample, if you would then like to propose search terms to narrow the hits. Please let us know if either of these options work and if you are willing to review the CSV files.

Thank you,

Anna

**Anna M. Shumar** (she/her) | Attorney

DIRECT 206.462.6754 | TOLL FREE 800.722.3815

ams@pattersonbuchanan.com

SEATTLE
1000 Second Ave., 30th Floor
Seattle, WA 98104
P: (206) 462-6700 | F: (206) 462-6701

PORTLAND
1050 SW Sixth Ave., Ste 1100
Portland, OR 97204
P: (503) 200-5400 | F: (503) 200-5401

Patterson Buchanan
Fobes & Leitch Inc. P.S.

---

**From:** Rachel from Anyan Legal Services, LLC <rachel@anyanlegalservices.com>
**Sent:** Thursday, October 30, 2025 12:25 PM
**To:** Anna M. Shumar <AMS@pattersonbuchanan.com>
**Cc:** Daniel Gallagher <dan@nwprolaw.com>; Duncan K. Fobes <dkf@pattersonbuchanan.com>; Jennifer R. Friesen <jrf@pattersonbuchanan.com>; Anna M. Gonzalez Cervantes <AMGC@pattersonbuchanan.com>
**Subject:** Re: Larson v. QVSD- RFP 37

Hi Anna:

Since we haven’t seen the hit counts on each of the words with the narrowed request or a sample of the documents being returned under the narrowed request, it is difficult for us to recommend further narrowing. Based on your review, can you make any recommendations to further narrowing?

Regards,

Rachel Anyan

Anyan Legal Services, LLC

714-227-3205

Rachel@anyanlegalservices.com

www.anyanlegalservices.com

Confidentiality Notice: This message is being sent by a legal services company. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, or you believe you received this communication in error, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you received this communication in error, please notify the sender immediately by email and delete all copies of the message.

On Thu, 30 Oct 2025 at 12:22 PM Anna wrote:

> Good afternoon,
>
> To update you regarding our production for RFP 37, the new search agreement has reduced the numbers of documents related to staff from 78,861 to 45,991. These numbers are for documents related to [redacted], [redacted], Kyle Weakley, Diana Reaume, and [redacted] Please let us know if you will approve further narrowing for the documents related to these individuals.
>
> Thank you,
>
> Anna

**Anna M. Shumar** (she/her) | Attorney

DIRECT 206.462.6754 | TOLL FREE 800.722.3815

ams@pattersonbuchanan.com

SEATTLE
1000 Second Ave., 30th Floor
Seattle, WA 98104
P: (206) 462-6700 |F: (206) 462-6701

PORTLAND
1050 SW Sixth Ave., Ste 1100
Portland, OR 97204
P: (503) 200-5400 | F: (503) 200-5401

Patterson Buchanan
Fobes & Leitch Inc. P.S.

CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.
CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

---

**Anna M. Shumar** <AMS@pattersonbuchanan.com> Mon, Nov 3, 2025 at 11:15 AM
To: "Rachel from Anyan Legal Services, LLC" <rachel@anyanlegalservices.com>
Cc: <dan@nwprolaw.com>, <dkf@pattersonbuchanan.com>, <jrf@pattersonbuchanan.com>, <AMGC@pattersonbuchanan.com>

Good morning,

Attached are the CSVs for the 5 staff members with high email hits.

Thank you,

Anna

**Anna M. Shumar** (she/her) | Attorney

DIRECT 206.462.6754 | TOLL FREE 800.722.3815

ams@pattersonbuchanan.com

SEATTLE
1000 Second Ave., 30th Floor
Seattle, WA 98104
P: (206) 462-6700 |F: (206) 462-6701

PORTLAND
1050 SW Sixth Ave., Ste 1100
Portland, OR 97204
P: (503) 200-5400 | F: (503) 200-5401

Patterson Buchanan
Fobes & Leitch Inc. P.S.

**From:** Rachel from Anyan Legal Services, LLC <rachel@anyanlegalservices.com>
**Sent:** Monday, November 3, 2025 10:40 AM
**To:** Anna M. Shumar <AMS@pattersonbuchanan.com>
**Cc:** Daniel Gallagher <dan@nwprolaw.com>; Duncan K. Fobes <dkf@pattersonbuchanan.com>; Jennifer R. Friesen <jrf@pattersonbuchanan.com>; Anna M. Gonzalez Cervantes <AMGC@pattersonbuchanan.com>
**Subject:** Re: Larson v. QVSD- RFP 37

Thanks, Anna. Yes, please send over the CSV for our review.

Regards,

Rachel Anyan

Anyan Legal Services, LLC

714-227-3205

Rachel@anyanlegalservices.com

www.anyanlegalservices.com

Confidentiality Notice: This message is being sent by a legal services company. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, or you believe you received this communication in error, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you received this communication in error, please notify the sender immediately by email and delete all copies of the message.

On Oct 30 2025, at 3:30 pm, Anna M. Shumar <AMS@pattersonbuchanan.com> wrote:

> Hi Rachel,
>
> It is difficult for us to provide you with recommendations for narrowing because we are not sure what specifically you are looking for. We can send you a CSV with the emails of each staff member with abundant hits, if you would like to identify which emails or terms you want us to produce, or you can also use these CSV files as a sample, if you would then like to propose search terms to narrow the hits. Please let us know if either of these options work and if you are willing to review the CSV files.

Thank you,

Anna

**Anna M. Shumar** (she/her) | Attorney

DIRECT 206.462.6754 | TOLL FREE 800.722.3815

ams@pattersonbuchanan.com

SEATTLE
1000 Second Ave., 30th Floor
Seattle, WA 98104
P: (206) 462-6700 | F: (206) 462-6701

PORTLAND
1050 SW Sixth Ave., Ste 1100
Portland, OR 97204
P: (503) 200-5400 | F: (503) 200-5401

Patterson Buchanan Fobes & Leitch Inc. P.S.

---

**From:** Rachel from Anyan Legal Services, LLC <rachel@anyanlegalservices.com>
**Sent:** Thursday, October 30, 2025 12:25 PM
**To:** Anna M. Shumar <AMS@pattersonbuchanan.com>
**Cc:** Daniel Gallagher <dan@nwprolaw.com>; Duncan K. Fobes <dkf@pattersonbuchanan.com>; Jennifer R. Friesen <jrf@pattersonbuchanan.com>; Anna M. Gonzalez Cervantes <AMGC@pattersonbuchanan.com>
**Subject:** Re: Larson v. QVSD- RFP 37

Hi Anna:

Since we haven’t seen the hit counts on each of the words with the narrowed request or a sample of the documents being returned under the narrowed request, it is difficult for us to recommend further narrowing. Based on your review, can you make any recommendations to further narrowing?

Regards,

Rachel Anyan

Anyan Legal Services, LLC

714-227-3205

Rachel@anyanlegalservices.com

www.anyanlegalservices.com

Confidentiality Notice: This message is being sent by a legal services company. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, or you believe you received this communication in error, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you received this communication in error, please notify the sender immediately by email and delete all copies of the message.

On Thu, 30 Oct 2025 at 12:22 PM Anna wrote:

> Good afternoon,
>
> To update you regarding our production for RFP 37, the new search agreement has reduced the numbers of documents related to staff from 78,861 to 45,991. These numbers are for documents related to Tracy Gillett, Amy Gates, Kyle Weakley, Diana Reaume, and Cindy Feasel.  Please let us know if you will approve further narrowing for the documents related to these individuals.
>
> Thank you,
>
> Anna

**Anna M. Shumar** (she/her) | Attorney

DIRECT 206.462.6754 | TOLL FREE 800.722.3815

ams@pattersonbuchanan.com

SEATTLE
1000 Second Ave., 30th Floor
Seattle, WA 98104
P: (206) 462-6700 |F: (206) 462-6701

PORTLAND
1050 SW Sixth Ave., Ste 1100
Portland, OR 97204
P: (503) 200-5400 | F: (503) 200-5401

Patterson Buchanan
Fobes & Leitch Inc. P.S.

CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has

been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

---

**Anna M. Shumar** <AMS@pattersonbuchanan.com> Mon, Nov 10, 2025 at 2:31 PM
To: "Rachel from Anyan Legal Services, LLC" <rachel@anyanlegalservices.com>, "Daniel Gallagher" <dan@nwprolaw.com>
Cc: <dkf@pattersonbuchanan.com>, <jrf@pattersonbuchanan.com>, <AMGC@pattersonbuchanan.com>

Good afternoon,

I would like to follow-up on this. Do you have suggested search terms for potential narrowing or have you selected which emails you would like to be produced from the CSVs we sent last week?

We are also requesting your help on narrowing the remaining returned hits, mostly concerning the search algorithms including student and parent names. We have 10,963 documents containing your requested parent/student names and terms. In total, we have 65,811 unique documents remaining to review, which total 184,388 pages. We estimate that this will take months to go through. Do you have any suggestions for narrowing the search terms provided to us so that we might decrease the number of total documents/pages?

Thank you,

Anna

**Anna M. Shumar** (she/her) | Attorney

DIRECT 206.462.6754 | TOLL FREE 800.722.3815

ams@pattersonbuchanan.com

SEATTLE
1000 Second Ave., 30th Floor
Seattle, WA 98104
P: (206) 462-6700 |F: (206) 462-6701

PORTLAND
1050 SW Sixth Ave., Ste 1100
Portland, OR 97204
P: (503) 200-5400 | F: (503) 200-5401

Patterson Buchanan Fobes & Leitch Inc. P.S.

---

**From:** Anna M. Shumar
**Sent:** Monday, November 3, 2025 11:16 AM
**To:** Rachel from Anyan Legal Services, LLC <rachel@anyanlegalservices.com>
**Cc:** Daniel Gallagher <dan@nwprolaw.com>; Duncan K. Fobes <dkf@pattersonbuchanan.com>; Jennifer R. Friesen <jrf@pattersonbuchanan.com>; Anna M. Gonzalez Cervantes <AMGC@pattersonbuchanan.com>
**Subject:** RE: Larson v. QVSD- RFP 37

Good morning,

Attached are the CSVs for the 5 staff members with high email hits.

Thank you,

Anna

**Anna M. Shumar** (she/her) | Attorney

DIRECT 206.462.6754 | TOLL FREE 800.722.3815

ams@pattersonbuchanan.com

SEATTLE
1000 Second Ave., 30th Floor
Seattle, WA 98104
P: (206) 462-6700 |F: (206) 462-6701

PORTLAND
1050 SW Sixth Ave., Ste 1100
Portland, OR 97204
P: (503) 200-5400 | F: (503) 200-5401

Patterson Buchanan Fobes & Leitch Inc. P.S.

---

**From:** Rachel from Anyan Legal Services, LLC <rachel@anyanlegalservices.com>
**Sent:** Monday, November 3, 2025 10:40 AM
**To:** Anna M. Shumar <AMS@pattersonbuchanan.com>
**Cc:** Daniel Gallagher <dan@nwprolaw.com>; Duncan K. Fobes <dkf@pattersonbuchanan.com>; Jennifer R. Friesen <jrf@pattersonbuchanan.com>; Anna M. Gonzalez Cervantes <AMGC@pattersonbuchanan.com>
**Subject:** Re: Larson v. QVSD- RFP 37

Thanks, Anna. Yes, please send over the CSV for our review.

Regards,

Rachel Anyan

Anyan Legal Services, LLC

714-227-3205

Rachel@anyanlegalservices.com

www.anyanlegalservices.com

Confidentiality Notice: This message is being sent by a legal services company. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, or you believe you received this communication in error, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you received this communication in error, please notify the sender immediately by email and delete all copies of the message.

On Oct 30 2025, at 3:30 pm, Anna M. Shumar <AMS@pattersonbuchanan.com> wrote:

> Hi Rachel,
>
> It is difficult for us to provide you with recommendations for narrowing because we are not sure what specifically you are looking for. We can send you a CSV with the emails of each staff member with abundant hits, if you would like to identify which emails or terms you want us to produce, or you can also use these CSV files as a sample, if you would then like to propose search terms to narrow the hits. Please let us know if either of these options work and if you are willing to review the CSV files.
>
> Thank you,
>
> Anna
>
> **Anna M. Shumar** (she/her) | Attorney

DIRECT 206.462.6754 | TOLL FREE 800.722.3815

ams@pattersonbuchanan.com

SEATTLE
1000 Second Ave., 30th Floor
Seattle, WA 98104
P: (206) 462-6700 |F: (206) 462-6701

PORTLAND
1050 SW Sixth Ave., Ste 1100
Portland, OR 97204
P: (503) 200-5400 | F: (503) 200-5401

Patterson Buchanan
Fobes & Leitch Inc. P.S.

---

**From:** Rachel from Anyan Legal Services, LLC <rachel@anyanlegalservices.com>
**Sent:** Thursday, October 30, 2025 12:25 PM
**To:** Anna M. Shumar <AMS@pattersonbuchanan.com>
**Cc:** Daniel Gallagher <dan@nwprolaw.com>; Duncan K. Fobes <dkf@pattersonbuchanan.com>; Jennifer R. Friesen <jrf@pattersonbuchanan.com>; Anna M. Gonzalez Cervantes <AMGC@pattersonbuchanan.com>
**Subject:** Re: Larson v. QVSD- RFP 37

Hi Anna:

Since we haven't seen the hit counts on each of the words with the narrowed request or a sample of the documents being returned under the narrowed request, it is difficult for us to recommend further narrowing. Based on your review, can you make any recommendations to further narrowing?

Regards,

Rachel Anyan

Anyan Legal Services, LLC

714-227-3205

Rachel@anyanlegalservices.com

www.anyanlegalservices.com

Confidentiality Notice: This message is being sent by a legal services company. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named

addressee, or you believe you received this communication in error, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you received this communication in error, please notify the sender immediately by email and delete all copies of the message.

On Thu, 30 Oct 2025 at 12:22 PM Anna wrote:

> Good afternoon,
>
> To update you regarding our production for RFP 37, the new search agreement has reduced the numbers of documents related to staff from 78,861 to 45,991. These numbers are for documents related to Tracy Gillett, Amy Gates, Kyle Weakley, Diana Reaume, and Cindy Feasel. Please let us know if you will approve further narrowing for the documents related to these individuals.
>
> Thank you,
>
> Anna
>
> **Anna M. Shumar** (she/her) | Attorney
>
> DIRECT 206.462.6754 | TOLL FREE 800.722.3815
>
> ams@pattersonbuchanan.com
>
> SEATTLE
> 1000 Second Ave., 30th Floor
> Seattle, WA 98104
> P: (206) 462-6700 |F: (206) 462-6701
>
> PORTLAND
> 1050 SW Sixth Ave., Ste 1100
> Portland, OR 97204
> P: (503) 200-5400 | F: (503) 200-5401
>
> Patterson Buchanan Fobes & Leitch Inc. P.S.
>
> CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

---

**Rachel from Anyan Legal Services, LLC** <rachel@anyanlegalservices.com> Mon, Nov 10, 2025 at 4:33 PM
To: "Anna M. Shumar" <AMS@pattersonbuchanan.com>
Cc: <dan@nwprolaw.com>, <dkf@pattersonbuchanan.com>, <jrf@pattersonbuchanan.com>, <AMGC@pattersonbuchanan.com>, <shellie@mcbdlaw.com>, <emily@mcbdlaw.com>, <dan@mcbdlaw.com>, <lincoln@mcbdlaw.com>, <kayla@mcbdlaw.com>

Hi Anna,

I've been trying to find the time to go through the CSV files. From my brief review of Diana's CSV file, it looks like there are plenty of obviously non-responsive documents like spam mail. If it is helpful, you can remove emails referencing "webinar" or those from "Fodor's Travel" as an example. There are also plenty of obviously responsive documents like emails with Rick Kaiser, Cai Hadfield, and Duncan for example. There are also a lot of settlement documents that we have requested. Here are some keyword searches to focus on for at least a first production of documents:

- "v. Quillayute Valley School District" seems to be a good initial keyword search
- Investigative Report
- Trial Report
- Settlement
- Complaint
- Incident Report

We are also concerned about the delay in your production of documents. The Court asked that we provide you with keyword searches to narrow the requests, which we provided the Monday after the hearing (October 13). The Court had also indicated that if documents were not produced by the end of October, he would be looking at granting a discovery master. Although we held up our end of providing the keyword searches, the amount of documents has substantially increased, not decreased. At the end of Rick Kaiser's deposition, Duncan indicated that a discovery master was not going to be necessary and that the firm had three contractors reviewing the documents. Then, days later, on the last day of October, you provide these CSV files that do not look like anyone has combed through them to remove the junk that is obviously non-responsive. So, what are the three contractors reviewing? What have you produced from what they have reviewed?

In the meantime, we learned that you and your office had been withholding a vital document to our client's claim, which was produced in Rick Kaiser's folder that you and your office initially agreed to produce and then reneged on that agreement, forcing us to subpoena the file. When confronted, Duncan indicated that he forgot about the document and later claimed it was privileged, knowing that it was provided to a third-party and could not have been privileged. Your clients lied under oath about the existence of the document in furtherance of the district's cover-up about the prior reports against Defendant Weekes. This lie has been perpetuated by your firm and your clients for the last year. So, we have a hard time trusting that responsive, relevant, and key documents are being turned over. We are well beyond the discovery cut-off, we still do not have responsive documents ordered by the Court, and you are now placing the onus on us to comb through these files to identify what is responsive to our requests when it is clear that you have not yet sifted through the non-responsive documents first.

Regards,

Rachel Anyan
Anyan Legal Services, LLC
714-227-3205
Rachel@anyanlegalservices.com
www.anyanlegalservices.com

Confidentiality Notice: This message is being sent by a legal services company. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, or you believe you received this communication in error, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you received this communication in error, please notify the sender immediately by email and delete all copies of the message.

On Nov 10 2025, at 2:31 pm, Anna M. Shumar <AMS@pattersonbuchanan.com> wrote:

Good afternoon,

I would like to follow-up on this.  Do you have suggested search terms for potential narrowing or have you selected which emails you would like to be produced from the CSVs we sent last week?

We are also requesting your help on narrowing the remaining returned hits, mostly concerning the search algorithms including student and parent names.  We have 10,963 documents containing your requested parent/student names and terms.  In total, we have 65,811 unique documents remaining to review, which total 184,388 pages.  We estimate that this will take months to go through.  Do you have any suggestions for narrowing the search terms provided to us so that we might decrease the number of total documents/pages?

Thank you,

Anna

**Anna M. Shumar** (she/her) | Attorney

DIRECT 206.462.6754 | TOLL FREE 800.722.3815

ams@pattersonbuchanan.com

SEATTLE
1000 Second Ave., 30th Floor
Seattle, WA 98104
P: (206) 462-6700 |F: (206) 462-6701

PORTLAND
1050 SW Sixth Ave., Ste 1100
Portland, OR 97204
P: (503) 200-5400 | F: (503) 200-5401

Patterson Buchanan
Fobes & Leitch Inc. P.S.

**From:** Anna M. Shumar
**Sent:** Monday, November 3, 2025 11:16 AM
**To:** Rachel from Anyan Legal Services, LLC <rachel@anyanlegalservices.com>
**Cc:** Daniel Gallagher <dan@nwprolaw.com>; Duncan K. Fobes <dkf@pattersonbuchanan.com>; Jennifer R. Friesen <jrf@pattersonbuchanan.com>; Anna M. Gonzalez Cervantes <AMGC@pattersonbuchanan.com>
**Subject:** RE: Larson v. QVSD- RFP 37

Good morning,

Attached are the CSVs for the 5 staff members with high email hits.

Thank you,

Anna

**Anna M. Shumar** (she/her) | Attorney

DIRECT 206.462.6754 | TOLL FREE 800.722.3815

ams@pattersonbuchanan.com

SEATTLE
1000 Second Ave., 30th Floor
Seattle, WA 98104
P: (206) 462-6700 |F: (206) 462-6701

PORTLAND
1050 SW Sixth Ave., Ste 1100
Portland, OR 97204
P: (503) 200-5400 | F: (503) 200-5401

Patterson Buchanan
Fobes & Leitch Inc. P.S.

---

**From:** Rachel from Anyan Legal Services, LLC <rachel@anyanlegalservices.com>
**Sent:** Monday, November 3, 2025 10:40 AM
**To:** Anna M. Shumar <AMS@pattersonbuchanan.com>
**Cc:** Daniel Gallagher <dan@nwprolaw.com>; Duncan K. Fobes <dkf@pattersonbuchanan.com>; Jennifer R. Friesen <jrf@pattersonbuchanan.com>; Anna M. Gonzalez Cervantes <AMGC@pattersonbuchanan.com>
**Subject:** Re: Larson v. QVSD- RFP 37

Thanks, Anna. Yes, please send over the CSV for our review.

Regards,

Rachel Anyan

Anyan Legal Services, LLC

714-227-3205

Rachel@anyanlegalservices.com

www.anyanlegalservices.com

Confidentiality Notice: This message is being sent by a legal services company. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, or you believe you received this communication in error, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you received this communication in error, please notify the sender immediately by email and delete all copies of the message.

On Oct 30 2025, at 3:30 pm, Anna M. Shumar <AMS@pattersonbuchanan.com> wrote:

Hi Rachel,

It is difficult for us to provide you with recommendations for narrowing because we are not sure what specifically you are looking for.  We can send you a CSV with the emails of each staff member with abundant hits, if you would like to identify which emails or terms you want us to produce, or you can also use these CSV files as a sample, if you would then like to propose search terms to narrow the hits. Please let us know if either of these options work and if you are willing to review the CSV files.

Thank you,

Anna

**Anna M. Shumar** (she/her) | Attorney

DIRECT 206.462.6754 | TOLL FREE 800.722.3815

ams@pattersonbuchanan.com

SEATTLE
1000 Second Ave., 30th Floor
Seattle, WA 98104
P: (206) 462-6700 | F: (206) 462-6701

PORTLAND
1050 SW Sixth Ave., Ste 1100
Portland, OR 97204
P: (503) 200-5400 | F: (503) 200-5401

Patterson Buchanan
Fobes & Leitch Inc. P.S.

---

**From:** Rachel from Anyan Legal Services, LLC <rachel@anyanlegalservices.com>
**Sent:** Thursday, October 30, 2025 12:25 PM
**To:** Anna M. Shumar <AMS@pattersonbuchanan.com>
**Cc:** Daniel Gallagher <dan@nwprolaw.com>; Duncan K. Fobes <dkf@pattersonbuchanan.com>; Jennifer R. Friesen <jrf@pattersonbuchanan.com>; Anna M. Gonzalez Cervantes <AMGC@pattersonbuchanan.com>
**Subject:** Re: Larson v. QVSD- RFP 37

Hi Anna:

Since we haven't seen the hit counts on each of the words with the narrowed request or a sample of the documents being returned under the narrowed request, it is difficult for us to recommend further narrowing. Based on your review, can you make any recommendations to further narrowing?

Regards,

Rachel Anyan

Anyan Legal Services, LLC

714-227-3205

Rachel@anyanlegalservices.com

www.anyanlegalservices.com

Confidentiality Notice: This message is being sent by a legal services company. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential, or otherwise legally exempt from disclosure. If you are not the named addressee, or you believe you received this communication in error, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you received this communication in error, please notify the sender immediately by email and delete all copies of the message.

On Thu, 30 Oct 2025 at 12:22 PM Anna wrote:

> Good afternoon,
>
> To update you regarding our production for RFP 37, the new search agreement has reduced the numbers of documents related to staff from 78,861 to 45,991. These numbers are for documents related to Tracy Gillett, Amy Gates, Kyle Weakley, Diana Reaume, and Cindy Feasel. Please let us know if you will approve further narrowing for the documents related to these individuals.
>
> Thank you,
>
> Anna

**Anna M. Shumar** (she/her) | Attorney

DIRECT 206.462.6754 | TOLL FREE 800.722.3815

ams@pattersonbuchanan.com

SEATTLE
1000 Second Ave., 30th Floor
Seattle, WA 98104
P: (206) 462-6700 |F: (206) 462-6701

PORTLAND
1050 SW Sixth Ave., Ste 1100
Portland, OR 97204
P: (503) 200-5400 | F: (503) 200-5401

Patterson Buchanan Fobes & Leitch Inc. P.S.

CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

CONFIDENTIALITY NOTICE: This email message may be protected by the attorney/client privilege, work product doctrine or other confidentiality protection. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it. Thank you.

---

**Anna M. Shumar** <AMS@pattersonbuchanan.com> Mon, Nov 17, 2025 at 12:38 PM

To: "Rachel from Anyan Legal Services, LLC" <rachel@anyanlegalservices.com>
Cc: <dan@nwprolaw.com>, <dkf@pattersonbuchanan.com>, <jrf@pattersonbuchanan.com>, <AMGC@pattersonbuchanan.com>, <shellie@mcbdlaw.com>, <emily@mcbdlaw.com>, <dan@mcbdlaw.com>, <lincoln@mcbdlaw.com>, <kayla@mcbdlaw.com>

Hello Rachel,

We have run your search terms provided in your November 10 email to further narrow your request. This has cut down the documents to be reviewed down from 65,811 to 16,559. This totals 194,831 pages. We will not be producing student records including IEPs and special education records. If you would like to propose further terms to cut this number by 90 percent, as Mr. Gallagher stated could be done in the hearing, please let us know.

The CSVs were provided to you after you requested a sample of documents, so that you could further narrow your search terms. We suggested that you could also select specific emails, if you would rather do it that way. It was not our intention to burden you with reviewing the files for responsiveness.

We received your requested search terms, as directed by Judge Settle, on October 13. We have run these searches as requested. Our team has reviewed 8,676 documents for responsiveness. We have produced documents responsive to RFP 37 and your search terms with the following Bates numbers: 05089-6223, 6234-8135, 8136-10627, 10802-011033. Judge Settle stated that these documents could be delivered in installments, which is what we have done and are continuing to do. We will have another installment to you this week. It was not indicated that all documents must be produced by the end of October. Judge Settle stated if there continued to be disputes then a special discovery master would be appointed.

The general terms “complaint” and “settlement” within the searches are responsible for about 90 percent of the remaining hits. If you were willing to cut out these general terms or narrow them, then this would greatly decrease the overall number of records to be reviewed.

Thank you,

Anna

**Anna M. Shumar** (she/her) | Attorney

DIRECT 206.462.6754 | TOLL FREE 800.722.3815

ams@pattersonbuchanan.com