Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KARI L. LARSON,<br><br>Plaintiff,<br><br>v.<br><br>QUILLAYUTE VALLEY SCHOOL DISTRICT, BRIAN WEEKES, and KYLE WEAKLEY,<br><br>Defendants. | No. 3:24-cv-05716<br><br>DEFENDANT QUILLAYUTE VALLEY SCHOOL DISTRICT NO. 402'S NINTH SUPPLEMENTAL RESPONSE TO PLAINTIFF'S INTERROGATORIES AND REQUESTS FOR PRODUCTION |

TO: DEFENDANT QUILLAYUTE VALLEY SCHOOL DISTRICT NO. 402

AND TO: Duncan Fobes and Anna Shumar, Attorneys for Defendant Quillayute Valley School District No. 402

Defendant Quillayute Valley School District No. 402 (hereinafter "District"), by and through its undersigned counsel, hereby supplements its responses and objections to Plaintiff's discovery requests.

**DEFINITIONS**

Throughout these Discovery Requests, including the definition of terms, the words used in the masculine gender include the feminine, and the words used in the singular include the plural. Wherever the word "or" appears herein, the meaning intended is the logical inclusive



PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.
1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 Fax 206.462.6701

"or" — that is, "and/or." Wherever the words "such as" and "including" appear, the meaning intended is "including but not limited to."

As used throughout these Discovery Requests, the following terms have the following indicated meanings:

1. "ALL" means "EVERY" and includes "EACH" and "ANY," and vice versa.

2. The term "COMPLAINT" refers to the complaint filed in this proceeding.

3. The term "CORRESPONDENCE" includes ALL letters, telegrams, notices, messages, or other WRITTEN COMMUNICATIONS or memoranda, including electronic communications, or other records of conversations, meetings, conferences or other oral communications.

4. The term "DATE" shall mean the exact day, month, and year if ascertainable or, if not, the best approximation, including ANY known relationship to other events.

5. "QVSD" means DEFENDANT QUILLAYUTE VALLEY SCHOOL DISTRICT NO. 402 which is inclusive of QVSD's board of directors, administrators, or other individuals acting on behalf of QVSD.

6. The term "DOCUMENT" or "WRITTEN COMMUNICATION" means all written or graphic matter, however produced, or reproduced, of EVERY kind and description in YOUR actual or constructive possession, custody, care or control. This includes the complete original (or complete copy if the original is not available) and EACH non-identical copy regardless of origin or location. "DOCUMENT" is intended to have the same meaning as in FRCP 34, including, without limitation: writings, CORRESPONDENCE, electronic mail (email) messages and attachments, Internet messages, intranet messages, text messages, X (formerly Twitter) messages, messages or postings on social networking websites and apps (including but not limited to websites such as Facebook, Instagram, Bluesky, Reddit, Tik Tok, Whatsapp, Telegram, Discord, and Snapchat), blog postings, web pages, voicemails, data and files sent from, received by or stored on smartphones, tablets, or other mobile computing devices,



PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S.
1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 Fax 206.462.6701

facsimiles, books, pamphlets, periodicals, reports, blueprints, sketches, laser discs, magnetic discs, flash drives, magnetic strips, microfiche, invoices, statements, minutes, purchase orders, contracts, vouchers, checks, charge slips, expense account reports, hotel charges, receipts, working papers, memoranda, messages, notes, diaries, calendar entries and reminders, envelopes, business records, financial statements, agreements, leases, drawings, graphs, charts, drafts, maps, surveys, plats, statistical records, cost sheets, appointment books, time sheets or logs, telephone records or logs, facsimile logs, photographs, sound tapes or recordings, films, tapes, computer printouts and ANY other data, including without limitation, data stored electronically or by other technical means for use with computers or otherwise from which information can be obtained or translated through detection devices into reasonably usable form, or ANY other tangible thing that constitutes or contains matters contained within the scope of FRCP 26(b). If a DOCUMENT has been prepared in several copies which are for ANY reason not identical, or if the original identical copies are no longer identical by reason of subsequent notation or other modification of ANY kind whatsoever, including but not limited to notations on the backs of pages thereto, EACH non-identical copy is a separate DOCUMENT. DOCUMENTS shall also include ELECTRONICALLY STORED INFORMATION ("ESI") and ANY electronically stored data on magnetic or optical storage media as an "active" file or files (readily readable by one or more computer applications or forensics software); ANY "deleted" but recoverable electronic files on said media; ANY electronic file fragments (files that have been deleted and partially overwritten with new data); and slack (data fragments stored randomly from random access memory on a hard drive during the normal operation of a computer (RAM slack) or residual data left on the hard drive after new data has overwritten some but not all of previously stored data).

7. "IDENTIFY" when referring to a <u>DOCUMENT or WRITTEN COMMUNICATION</u> means to state:



PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.
1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 Fax 206.462.6701

a. The description of such DOCUMENTS or writings in sufficient detail in order to enable them to be identified by subpoena duces tecum;

b. The title and EACH subtitle thereof;

c. The DATE and number of pages thereof;

d. A brief summary of the contents;

e. The author, EACH addressee, and the distribution list thereof;

f. The IDENTITY of EACH PERSON who witnessed, or was in a position to witness said communication;

g. The DATE on which the DOCUMENT was prepared or signed;

h. The physical location of the DOCUMENT and the name and address of its custodian or custodians;

i. The IDENTITY of EACH DOCUMENT referenced by this DOCUMENT;

j. The source of (or the IDENTITY of EACH PERSON who supplied) ANY information contained therein; and

k. If ANY such DOCUMENT was, but is no longer in YOUR possession or subject to YOUR control, what disposition was made of it and the reason for its disposition.

8. "IDENTIFY" when referring to a meeting means, for EACH such MEETING, to state:

a. The DATE and hour when held;

b. The address where held;

c. The IDENTITY of EACH PERSON who represented YOU at EACH MEETING or conference;

d. The IDENTITY of ANY other PERSON present; and

e. EACH action taken, decision made, agreement reached or topic discussed at the MEETING or conference.



PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.
1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 Fax 206.462.6701

9. “IDENTIFY” when referring to oral communications means to state, with respect thereto, ANY communication or portion thereof between ANY two or more PERSONS that is not or was not recorded, including, but not limited to, telephone conversations, face-to-face conversations, meetings, and conferences. State the PERSONS involved, the DATE, the setting, and the circumstances.

10. “IDENTIFY” or “IDENTITY” when referring to a PERSON means to state:

a. His/her full name;

b. His/her present residence address;

c. His/her present residence telephone number;

d. His/her present business address;

e. If his/her present residence or business address is unknown, state his/her last known residence address and residence telephone number, his/her last known business affiliation and business address, and ANY information YOU have that might reasonably lead to the discovery of his/her present whereabouts; and

f. With respect to PERSONS who are not natural PERSONS, state the last known complete address, including zip code, the last known complete telephone number, including the area code, of its headquarters, and its nearest or local office or agent.

11. The terms “INDIVIDUAL,” “PERSON,” or “PERSONS” shall mean natural PERSONS, proprietorships, sole proprietorships, corporations, nonprofit corporations, municipal corporations, local, state, federal or foreign governments or governmental agencies, political subdivisions, general or limited partnerships, business trusts, trusts, estates, clubs, groups, unincorporated associations, or other business or public organizations.

12. The term “PLAINTIFF” means PLAINTIFF Kari L. Larson, PLAINTIFF’s attorneys, and ANY agents or PERSONS working on PLAINTIFF’s behalf.

13. The terms “RELATES TO” or “REFERS TO” (including other verb tenses of those terms) means describing, evidencing, constituting, reflecting, showing, comprising, containing,



PATTERSON BUCHANAN FOBES & LEITCH, INC., P.S.
1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 Fax 206.462.6701

considering, concerning, discussing, regarding, setting forth, studying, analyzing, commenting upon, recommending, alluding to, or mentioning, in whole or in part.

14. The terms "YOU" and "YOUR" mean Defendant Quillayute Valley School District No. 402, its attorneys, employees, agents, board of directors, administrators, or other individuals acting on behalf of QVSD.

15. The term "COMMENTARY" means information contained in any DOCUMENT identified in response to any INTERROGATORY or REQUEST FOR PRODUCTION.

16. The term "EMPLOYMENT FILE" means all DOCUMENTS and INFORMATION possessed by or accessible by YOU regarding the individual identified including, but not limited to: employment applications; references; wages; salary and benefit information; performance evaluations; disciplinary records; termination records; background checks; reference checks; termination records; all changes in employment status, all changes in employment records and DOCUMENTS, and any and all DOCUMENTS regarding the specific employee IDENTIFIED.

**RELEVANT TIME PERIOD**

Unless otherwise stated, the relevant time period for these discovery requests is from 2017 to the present.

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:** Produce all DOCUMENTS identified or relied upon in response to Interrogatory No. 2.

RESPONSE:

The District objects to producing documents protected by the attorney-client privilege and work-product doctrine, or to the extent that such documents are protected under FERPA. The District objects to this request as it is overly burdensome to gather all such documents.

THIRD SUPPLEMENTAL RESPONSE:

See QVSD_003304-3687.



PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.
1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 Fax 206.462.6701

FOURTH SUPPLEMENTAL RESPONSE:

See QVSD_003688-4313.

**NINTH SUPPLEMENTAL RESPONSES:**

**See QVSD_010628-10797.**

The District reserves the right to supplement this response.

**REQUEST FOR PRODUCTION NO. 11**: Produce all DOCUMENTS identified or relied upon in response to Interrogatory No. 11.

RESPONSE: See QVSD_002118-2130, QVSD_002146-2147 and QVSD_002177-2183.

SUPPLEMENTAL RESPONSE: See QVSD_005065-5066.

**SECOND SUPPLEMENTAL RESPONSE: See QVSD_010798-10801.**

The District reserves the right to supplement this response.

**REQUEST FOR PRODUCTION NO. 37:** Produce all DOCUMENTS or WRITTEN COMMUNICATIONS between Defendant QVSD, including Diana Reaume, Defendant Weakley, and/or Defendant Weekes regarding Kari Larson, any of the named witnesses in Plaintiff's initial disclosures, or any of the claims, settlements, or lawsuits previously disclosed by QVSD in its Answer to Interrogatory No. 2 for the relevant time period.

OBJECTION: The District objects to this request as it is duplicative, overly broad, and unduly burdensome to the District. This request is not tailored to the discovery of admissible evidence in this case.

RESPONSE: Were this request to be narrowed, the District may supplement this response and, as such, reserves the right to supplement this response.

SUPPLEMENTAL RESPONSE: See QVSD_005089-6223.

SECOND SUPPLEMENTAL RESPONSE: See QVSD_006234-8135.

THIRD SUPPLEMENTAL RESPONSE: See QVSD_008136-10627.



PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.
1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 Fax 206.462.6701

The following marketing, notification, and newsletter email addresses are proposed to be excluded from the responsive search terms provided by Plaintiff's counsel on October 14th, 2025.

- donotreply@k12.wa.us
- success@qualtrics-marketing.com
- noreply@h5.hilton.com
- staplestechinfo@staples.com
- customercare@govdirections.com
- knoffprojectachieve@earthlink.net
- knoffprojectachieve1@gmail.com
- PayPal@emails.paypal.com
- Insight@FinancialRisk.ThomsonReuters.biz
- Insight@financial-risk-solutions.thomsonreuters.info
- SchoolPlanning&Mgmt@1105direct.com
- waospi@public.govdelivery.com
- mavis@in.emudhra.com
- sbdaily@asbo.emm.us.com
- info@childmind.org
- notifications@limeade.com
- notifications@mg.limeade.com
- communications@aasa.org
- honors@h1.hilton.com
- ancestry@email.ancestry.com
- Costco@online.costco.com
- IHGOneRewards@mc.ihg.com
- marriottbonvoy@email-marriott.com
- capitalone@notification.capitalone.com
- Cabelas@emails.cabelas.com
- newsletter@childmind.org
- applecard@insideapple.apple.com
- SoFi@m.sofi.org
- Insight@Marketing.Refinitiv.com
- hello@newsbreakapp.me
- customercare@govdirections.com
- adidas@us-news.adidas.com
- mail@eg.hotels.com
- newsletter@indiafoodbrief.com
- dennisray@superintendentsearch.com
- IHGRewardsClub@sm.ihg.com
- shop@emails.macys.com
- FromYouFlowers@email.fromyouflowers.com



PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.
1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 Fax 206.462.6701

- drive-shares-dm-noreply@google.com
- drive-shares-noreply@google.com
- paypal@mail.paypal.com
- hca@servicenowservices.com
- billing@blazerworks.com
- email.campaign@sg.booking.com
- yourstatement@umpquabank.com
- womanwithin@e.womanwithin.com
- info@twitter.com
- info@mailer.netflix.com
- hp@us.mail.hp.com
- microsoftrewards@e.microsoft.com
- nytdirect@nytimes.com
- snapfish@emails.snapfish.com
- no_reply@email.apple.com
- store-news@amazon.com
- no-reply@runnerspace.com
- autodesk@autodeskcommunications.com
- salliemae@email.salliemae.com
- microsoftstore@microsoftstore.microsoft.com
- microsoftstore@microsoftstore.email.com
- microsoftrewards@email.microsoftrewards.com
- priya.singh@ucertify.com
- editor.works4me@email.nea.org
- news@wiaa.com
- deseretbook@emails.deseretbook.com
- nhsca@multibriefs.com
- noreply@mygoodtogo.com
- enewsletters@districtadministrationmagazine.com
- accounts@inspiruscu.org
- noreply@premera.com
- enewsletter@educatorsportal.com
- digest@bowldigest.com
- info@brand.dodge.com
- newsletters@e.economist.com
- donotreply@salliemae.com
- jetblueairways@email.jetblue.com
- rewards@rewards.shopyourwayrewards.com
- maccount@microsoft.com
- enewsletter@districtadministrationmagazine.com
- email@engage.windows.com
- referees@email.ussoccer.com



PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.
1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 Fax 206.462.6701

**FOURTH SUPPLEMENTAL RESPONSE: See QVSD_010802-11033.**

The District reserves the right to supplement this response.

DATED this 10th day of November, 2025.

PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.

By: *s/Anna M. Shumar*

Duncan K. Fobes, WSBA No. 14964
Anna M. Shumar, WSBA No. 62814
Of Attorneys for Defendant QUILLAYUTE VALLEY SCHOOL DISTRICT No. 402
1000 Second Ave., 30th Floor
Seattle, WA 98104
dkf@pattersonbuchanan.com
ams@pattersonbuchanan.com

# CERTIFICATE OF SERVICE

I hereby certify that on November 10th, 2025, I electronically filed the foregoing, including any attachments, with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to the following:

| ATTORNEY NAME & ADDRESS | METHOD OF DELIVERY |
|---|---|
| Dan Gallagher, WSBA No. 21940<br>Gallagher Law Office P.S.<br>10611 Battle Point Drive NE<br>Bainbridge Island, WA 98110-1493<br>dan@nwprolaw.com | ■ Email<br>■ECF Notification |
| Rachel Anyan, WSBA No. 55252<br>Anyan Legal Services LLC<br>21833 36th Ave NW<br>Stanwood, WA 98292<br>rachel@anyanlegalservices.com | ■ Email<br>■ECF Notification |
| Lucy Clifthorne<br>Grace Cowan<br>Heidi Maynard<br>Vandeberg, Johnson, & Gandara, LLP<br>1201 Pacific Ave Ste 1900<br>Tacoma, WA 98402-4391<br>lclifthorne@vjglaw.com<br>hmaynard@vjglaw.com<br>gcowan@vjglaw.com<br>ksomerville@vjglaw.com | ■ Email<br>■ECF Notification |
| Shellie McGaughey<br>Dan'l Bridges<br>McGaughey Bridges Dunlap, PLLC<br>3131 Western Avenue, Suite 410<br>Seattle, WA 98121<br>shellie@mcbdlaw.com<br>dan@mcbdlaw.com | ■ Email<br>■ECF Notification |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of November, 2025, at Seattle, Washington.

*s/Anna M. Gonzalez Cervantes*
Anna M. Gonzalez Cervantes
Legal Assistant



PATTERSON BUCHANAN
FOBES & LEITCH, INC., P.S.
1000 Second Ave., 30th Floor, Seattle, WA 98104
Tel. 206.462.6700 Fax 206.462.6701