**Larson v. Quillayute Valley School District**

**QVSD Eighth Supplemental Discovery Responses**

| Beginning No. | End No. | Privilege Basis | Privilege Reason |
|---|---|---|---|
| QVSD_008349 | QVSD_008349 | Redacted | FERPA |
| QVSD_008350 | QVSD_008372 | Redacted | FERPA |
| QVSD_008375 | QVSD_008376 | Redacted | FERPA |
| QVSD_008377 | QVSD_008397 | Redacted | FERPA |
| QVSD_008398 | QVSD_008414 | Redacted | FERPA |
| QVSD_008415 | QVSD_008419 | Redacted | FERPA |
| QVSD_008420 | QVSD_008427 | Redacted | FERPA |
| QVSD_008441 | QVSD_008442 | Redacted | FERPA |
| QVSD_008443 | QVSD_008463 | Redacted | FERPA |
| QVSD_008464 | QVSD_008480 | Redacted | FERPA |
| QVSD_008481 | QVSD_008485 | Redacted | FERPA |
| QVSD_008486 | QVSD_008493 | Redacted | FERPA |
| QVSD_008494 | QVSD_008494 | Redacted | FERPA |
| QVSD_008495 | QVSD_008500 | Redacted | FERPA |
| QVSD_008501 | QVSD_008503 | Redacted | FERPA |
| QVSD_008504 | QVSD_008523 | Redacted | FERPA |
| QVSD_008527 | QVSD_008527 | Redacted | FERPA |
| QVSD_008528 | QVSD_008548 | Redacted | FERPA |
| QVSD_008549 | QVSD_008549 | Redacted | FERPA |
| QVSD_008550 | QVSD_008569 | Redacted | FERPA |
| QVSD_008576 | QVSD_008576 | Redacted | FERPA |
| QVSD_008577 | QVSD_008590 | Redacted | FERPA |
| QVSD_008595 | QVSD_008595 | Redacted | FERPA |
| QVSD_008596 | QVSD_008623 | Redacted | FERPA |
| QVSD_008624 | QVSD_008624 | Redacted | FERPA |
| QVSD_008625 | QVSD_008642 | Redacted | FERPA |
| QVSD_008643 | QVSD_008666 | Redacted | FERPA |
| QVSD_008667 | QVSD_008688 | Redacted | FERPA |
| QVSD_008689 | QVSD_008707 | Redacted | FERPA |
| QVSD_008708 | QVSD_008725 | Redacted | FERPA |
| QVSD_008726 | QVSD_008746 | Redacted | FERPA |
| QVSD_008747 | QVSD_008765 | Redacted | FERPA |
| QVSD_008766 | QVSD_008788 | Redacted | FERPA |
| QVSD_008789 | QVSD_008809 | Redacted | FERPA |
| QVSD_008810 | QVSD_008829 | Redacted | FERPA |
| QVSD_008830 | QVSD_008830 | Redacted | FERPA |
| QVSD_008831 | QVSD_008855 | Redacted | FERPA |
| QVSD_008856 | QVSD_008874 | Redacted | FERPA |
| QVSD_008875 | QVSD_008881 | Redacted | FERPA |
| QVSD_008882 | QVSD_008904 | Redacted | FERPA |

**Larson v. Quillayute Valley School District**

**QVSD Eighth Supplemental Discovery Responses**

| Beginning No. | End No. | Privilege Basis | Privilege Reason |
|---|---|---|---|
| QVSD_008905 | QVSD_008932 | Redacted | FERPA |
| QVSD_008933 | QVSD_008957 | Redacted | FERPA |
| QVSD_008958 | QVSD_008990 | Redacted | FERPA |
| QVSD_008991 | QVSD_009013 | Redacted | FERPA |
| QVSD_009014 | QVSD_009033 | Redacted | FERPA |
| QVSD_009034 | QVSD_009051 | Redacted | FERPA |
| QVSD_009052 | QVSD_009082 | Redacted | FERPA |
| QVSD_009083 | QVSD_009101 | Redacted | FERPA |
| QVSD_009102 | QVSD_009123 | Redacted | FERPA |
| QVSD_009743 | QVSD_009743 | Redacted | FERPA |
| QVSD_009744 | QVSD_009751 | Redacted | FERPA |
| QVSD_009752 | QVSD_009752 | Redacted | FERPA |
| QVSD_009753 | QVSD_009757 | Redacted | FERPA |
| QVSD_009758 | QVSD_009763 | Redacted | FERPA |
| QVSD_009811 | QVSD_009811 | Redacted | FERPA |
| QVSD_009812 | QVSD_009812 | Redacted | FERPA |
| QVSD_009813 | QVSD_009816 | Redacted | FERPA |
| QVSD_009817 | QVSD_009822 | Redacted | FERPA |
| QVSD_009823 | QVSD_009825 | Redacted | FERPA |
| QVSD_009826 | QVSD_009828 | Redacted | FERPA |
| QVSD_010043 | QVSD_010045 | Redacted | Financial Account Information |
| QVSD_010084 | QVSD_010085 | Redacted | Financial Account Information |
| QVSD_010107 | QVSD_010107 | Redacted | Financial Account Information |
| QVSD_010130 | QVSD_010131 | Redacted | Financial Account Information |
| QVSD_010262 | QVSD_010262 | Redacted | FERPA |
| QVSD_010263 | QVSD_010263 | Redacted | FERPA |
| QVSD_010265 | QVSD_010266 | Redacted | FERPA |
| QVSD_010268 | QVSD_010268 | Redacted | FERPA |
| QVSD_010269 | QVSD_010269 | Redacted | FERPA |
| QVSD_010270 | QVSD_010273 | Redacted | FERPA |
| QVSD_010274 | QVSD_010291 | Redacted | FERPA |
| QVSD_010293 | QVSD_010293 | Redacted | FERPA |
| QVSD_010296 | QVSD_010296 | Redacted | FERPA |
| QVSD_010297 | QVSD_010297 | Redacted | FERPA |
| QVSD_010299 | QVSD_010299 | Redacted | FERPA |
| QVSD_010300 | QVSD_010300 | Redacted | FERPA |
| QVSD_010301 | QVSD_010301 | Redacted | FERPA |
| QVSD_010303 | QVSD_010303 | Redacted | FERPA |
| QVSD_010304 | QVSD_010304 | Redacted | FERPA |
| QVSD_010305 | QVSD_010305 | Redacted | FERPA |

Larson v. Quillayute Valley School District

QVSD Eighth Supplemental Discovery Responses

| Beginning No. | End No. | Privilege Basis | Privilege Reason |
|---|---|---|---|
| QVSD_010307 | QVSD_010308 | Redacted | FERPA |
| QVSD_010310 | QVSD_010311 | Redacted | FERPA |
| QVSD_010323 | QVSD_010323 | Redacted | Employee Privacy |
| QVSD_010328 | QVSD_010329 | Redacted | FERPA |
| QVSD_010330 | QVSD_010331 | Redacted | FERPA |
| QVSD_010332 | QVSD_010333 | Redacted | FERPA |
| QVSD_010334 | QVSD_010334 | Redacted | FERPA |
| QVSD_010343 | QVSD_010343 | Redacted | FERPA |
| QVSD_010344 | QVSD_010344 | Redacted | FERPA |
| QVSD_010351 | QVSD_010351 | Redacted | FERPA |
| QVSD_010392 | QVSD_010392 | Redacted | FERPA |
| QVSD_010400 | QVSD_010401 | Redacted | FERPA |
| QVSD_010402 | QVSD_010403 | Redacted | FERPA |
| QVSD_010404 | QVSD_010405 | Redacted | FERPA |
| QVSD_010406 | QVSD_010406 | Redacted | FERPA |
| QVSD_010407 | QVSD_010407 | Redacted | FERPA |
| QVSD_010408 | QVSD_010408 | Redacted | FERPA |
| QVSD_010416 | QVSD_010417 | Redacted | FERPA |
| QVSD_010421 | QVSD_010421 | Redacted | FERPA |
| QVSD_010428 | QVSD_010428 | Redacted | FERPA |
| QVSD_010429 | QVSD_010429 | Redacted | FERPA |
| QVSD_010434 | QVSD_010434 | Redacted | FERPA |
| QVSD_010450 | QVSD_010450 | Redacted | FERPA |
| QVSD_010451 | QVSD_010451 | Redacted | FERPA |
| QVSD_010452 | QVSD_010452 | Redacted | FERPA |
| QVSD_010453 | QVSD_010453 | Redacted | FERPA |
| QVSD_010454 | QVSD_010454 | Redacted | FERPA |
| QVSD_010455 | QVSD_010455 | Redacted | FERPA |
| QVSD_010467 | QVSD_010467 | Redacted | FERPA |
| QVSD_010468 | QVSD_010468 | Redacted | FERPA |
| QVSD_010469 | QVSD_010469 | Redacted | FERPA |
| QVSD_010627 | QVSD_010627 | Redacted | FERPA |