ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KARI L. LARSON,<br><br>Plaintiff,<br><br>v.<br><br>QUILLAYUTE VALLEY SCHOOL DISTRICT No. 402, BRIAN WEEKES, and his marital community, KYLE WEAKLEY, and his marital community,<br><br>Defendant. | CASE NO. 3:24-cv-05716<br><br>VERDICT FORM |

We, the Jury, answer the Court's questions as follows:

**Question 1**: Do you find for Plaintiff on her hostile work environment WLAD claim against the Defendant District?

ANSWER: Yes ✓ No _____

*If your answer to Question 1 is "Yes," answer Question 2. If your answer to Question 1 is "No," answer Question 3.*

**Question 2:** What amount of actual damages do you award Plaintiff on her hostile work environment WLAD claim?

*Note: Plaintiff may not recover twice for the same injury or damage, even if you find for her on more than one claim or against more than one defendant. The amount of damages you award in your answer to Question 2, plus any subsequent damages you award in your answer(s) to Question 4, 6, or 9, must add up to the total amount of Plaintiff's damages reflected in your answer to Question 10.*

ANSWER: $ 250,000.00

**Question 3**: Do you find for Plaintiff on her retaliation claim against the Defendant District?

ANSWER: Yes _____ No ✓

*If your answer to Question 3 is "Yes," answer Question 4. If your answer to Question 3 is "No," answer Question 5.*

**Question 4:** What amount of actual damages do you award Plaintiff on her retaliation claim against the Defendant District?

ANSWER: $ N/A

**Question 5**: Do you find for Plaintiff on her retaliation claim against Defendant Weekes?

ANSWER: Yes _____ No ✓

*If your answer to Question 5 is "Yes," answer Question 6. If your answer to Question 5 is "No," answer Question 7.*

**Question 6:** What amount of actual damages do you award Plaintiff on her retaliation claim against Defendant Weekes?

ANSWER: $ N/A

**Question 7**: Do you find for Plaintiff on her negligent supervision claim against Defendant Weakley?

ANSWER: Yes _____ No ✓

**Question 8**: Do you find for Plaintiff on her negligent retention claim against Defendant Weakley?

ANSWER: Yes _____ No ✓

*If your answer to Question 7 or Question 8, or both, is "Yes," answer Question 9. If your answer to both Question 7 and Question 8 is "No," answer Question 10.*

**Question 9:** What amount of actual damages do you award Plaintiff on her negligent supervision or negligent retention claim against Defendant Weakley?

ANSWER: $ N/A

**Question 10**: If you awarded Plaintiff damages on one or more claims, what is the **total** amount of damages you award?

ANSWER: $ 250,000.00

**Question 11**: Did Plaintiff fail to mitigate her damages?

ANSWER: Yes ✓ No _____

If "Yes," by what amount are plaintiff's damages reduced by her failure to mitigate?

ANSWER: $ 240.00

*Sign and date this Verdict Form and inform the Courtroom Deputy that you have reached a verdict.*

Dated this 8 day of April, 2026.

Presiding Juror