UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KARI L. LARSON,<br><br>Plaintiff,<br><br>v.<br><br>QUILLAYUTE VALLEY SCHOOL DISTRICT No. 402, BRIAN WEEKES, and his marital community, KYLE WEAKLEY, and his marital community,<br><br>Defendant. | JUDGMENT ON JURY VERDICT<br><br>CASE NO. 3:24-cv-05716 BHS |

**<u>XX</u>** **<u>JURY VERDICT.</u>** This action came to consideration before the Court for a trial by jury. The issues have been considered and a decision has been rendered.

___ **<u>DECIDED BY THE COURT.</u>** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Jury found IN FAVOR OF Plaintiff KARI L. LARSON on her WLAD hostile work environment claim against Defendant DISTRICT, awards $249,760.00.

The Jury found IN FAVOR OF Defendant DISTRICT and Defendant WEEKES on Plaintiff's WLAD retaliation claim.

The Jury found IN FAVOR OF Defendant WEAKLEY on Plaintiff's negligent supervision and negligent retention claims.

Judgment is entered in favor of Plaintiff against Defendant DISTRICT.

Judgment is entered in favor of Defendants WEEKES and WEAKLEY against Plaintiff.

Dated this 10th day of April 2026.

Joshua C. Lewis
Clerk of Court

Mary Trent
Mary Trent
Deputy Clerk